RECEIVED

JAN - 9 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAWNETTE KATHLEEN GUERRERO | § | CASE NO. |
| PLAINTIFF/PETITIONER | § | |
| | § | |
| V. | § | **SA23CA0032 OG** |
| | § | |
| CITY OF SAN ANTONIO, MAYOR RON | § | |
| NIRENBERG, SAN ANTONIO POLICE | § | JURY TRIAL |
| DEPARTMENT, CHIEF WILLIAM | § | |
| McMANUS, DET. GINA MENDEZ #2015, | § | |
| G. MORALES #2132,  DET GEORGE | § | |
| SILVA #2473, SGT R. CARDENAS #3306 | § | |
| SERRANO #1741, SMARRO #483, AND | § | |
| NUMEROUS OTHER | § | |
| SAN ANTONIO POLICE OFFICERS, | § | |
| BEXAR COUNTY, TEXAS BY AND | § | |
| THROUGH ITS AGENT THE BEXAR | § | |
| COUNTY DISTRICT ATTORNEY'S | § | |
| OFFICE JOE GONZALES | § | |
| DEFENDANTS/RESPONDENTS | § | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### PARTIES

**I. Plaintiff**

Dawnette Kathleen Guerrero, is a 60-year old, Disabled (since 2012) woman who is hearing impaired, suffers from chronic back pain and neuropathy. Dawnette Guerrero has never been convicted on any charge or for any crime.  Dawnette Guerrero resides at 4407 Valleyfield St. (since 1965), San Antonio, located in Bexar County, Texas 78222, telephone number is (210) 306-6437 and email is dawnette.guerrero@hotmail.com.

**II. Defendants**

Defendants in the above-styled and numbered matter are as listed:

City of San Antonio
Mayor Ron Nirenberg in both his professional and individual capacity
City Hall
100 Military Plaza
San Antonio, TX  78205
(210) 207-7082
          Or
P.O. Box 839966
San Antonio, TX 78283

San Antonio Police Department Headquarters (SAPD)
315 South Santa Rosa
San Antonio, TX  78207
(210) 207-7273
          Or
P.O. Box 839948
San Antonio, TX  78283

SAPD Chief William McManus in both his professional and individual capacity
Detective Gina Mendez #2015 in both her professional and individual capacity
G. Morales #2132, in both his professional and individual capacity
Detective George Silva #2473 in both his professional and individual capacity
Serrano #1741 in both his professional and individual capacity
Smarro #483 in both his professional and individual capacity
And numerous other San Antonio Police Officers in both their professional and individual
capacities

Bexar County, Texas by and through its Agent
The Bexar County District Attorney's Office
Joe Gonzales in his/their professional and individual capacities
Paul Elizondo Tower
101 W. Nueva
San Antonio, TX  78205
(210) 335-2311

## III.                    <u>JURISDICTION AND VENUE</u>

This action arises under 42 U.S.C § 1983 to redress the deprivation under color of state

law of rights secured by the United States Constitution.  This Court has original jurisdiction over

the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1343 because the matters in

controversy arise under laws of the United States and the United States Constitution.  Venue is

proper in this Court under 28 U.S.C. § 1391 (b) (1) and (2) because Defendants reside withint the

District, and all Defendants reside within the State of Texas; and because a substantial part of the

events that give rise to Plaintiff's claims took place within the District.  This Court has personal

jurisdiction over Plaintiff and Defendants because they are domiciled in Texas.

IV.                    **FACTUAL ALLEGATIONS**

        On June 5 2018, Dawnette K Guerrero went to City Hall located at100 Military Plaza

San Antonio, TX  78205, to speak to Mayor Ron Nirenberg due to the continued trespassing,

stalking, harassment, threats and retaliation by Officers Serrano #1741, Officer Smarro #483,

Officer Phelt and Det Mendez #2015 and unknown employees of the Center for Health Care

Services on the following dates 5/8/2018, 5/10/2018, 5/11/2018 and 5/12/2018, see Exhibit 1

Affidavit for Arrest Warrant #049078.  Dawnette Guerrero has ring video that will be submitted

at trial showing that the statements in Affidavit for Arrest Warrant #049078 (which were cut and

pasted off of police reports) are false, fabricated, defamatory and slanderous and that not at

anytime during those dates was it ever mentioned that there was a warrant for Dawnette

Guerrero's arrest as well as San Antonio Police Department Officers false claim of Terroristic

Threat (Police Officer) was committed on or about 12th day of March 2018.  Dawnette (Alonzo)

Guerrero also received a letter from the City of San Antonio, Office of the City Attorney,

Litigation Division on May 14, 2018, see Exibit 2, directing Dawnette (Alonzo) Guerrero to

refrain from contacting employees or elected official of the City due to Civil Action filed in

United States District Court, Western District of Texas, San Antonio Division Civil Action No

SA-17-CA-0913-FB.  On June 4, 2018, Dawnette Guerrero received a Certified letter from

Defendant G Mendez #2015, see exhibit 3 and note that letter is still sealed to this day.  Note that

Det Mendez was a defendant in Civil Action SA-17-0913-FB but the same rule did not apply to

Det Mendez and City of San Antonio Attorney as they are above the law, abuse under color of law. On June 5, 2018 Dawnette Guerrero was denied access to speak with Mayor Ron Nirenberg by Javier Vasquez, Executive Assistant to the City Manager. Dawnette Guerrero provided copies and all information to Javier Vasquez and upon leaving City Hall Dawnette Guerrero was arrested, see Exhibit 4 SAPD Offense Case #18117354 (note Dawnette Guerrero has video of arrest to be shown at trial). Arrest on June 5, 2018 brought about Case #575667 Terroristic Threat Public Servant in Bexar County Court No 12 although as of 9/5/2018 Fax transmission from County Clerk of Bexar County Gerard Rickhoff,  see Exhibit 5, notes "There is no information/complaint filed yet by the District Attorney's Office." Dawnette Guerrero was issued a Domestic Violence Order with No Contact  on  6/5/2018 SAPD Officer Gina Mendez. It is important to note that Dawnette Guerrero has never been in any type of relationship with SAPD Officer Gina Mendez as SAPD Officer Gina Mendez is of the LGBT orientation and Dawnette Guerrero is not.  Therefore, Dawnette Guerrero feels that this is a HATE CRIME on behalf of SAPD Officer Gina Mendez and how can this fall under Domestic Violence, it's Domestic Terrorism on behalf of Mendez and her peers.  On February 10, 2021, Cause No 575667 was dismissed "Statue of limitations has expired for filing the case, the nonexistent case, see Exhibit 6 Motion to Dismiss.

On June 11, 2018 as Dawnette Guerrero was leaving Bexar County Pretrial Services located at 207 N.Comal, Suite #200, San Antonio, Texas 78207, for Case #575667, with Jimmy Hernandez, a phone call was received from an unknown SAPD Officer stating that he was from Internal Affairs and wanted to meet with Dawnette Guerrero in regards to Det Gina Mendez #2015, see Exhibit 7, Page 5, the officer asked if Dawnette Guerrero could come down to the station or could be met at her residence.  Dawnette Guerrero agreed to be met at her residence at

4407 Valleyfield St, as she had all the evidence to show about Mendez #2015.  Upon Dawnette Guerrero's arrival to her residence located at 4407 Valleyfield St, San Antonio, multiple officers were waiting for Dawnette Guerrero.  The officers did not give Dawnette Guerrero and her daughter time to pull into the driveway as they stopped the car in the street in front of the residence of 4407 Valleyfield St with guns drawn.  See Exhibit 7 SAPD Offense Case #18122254.  Dawnette Guerrero was arrested per Affidavit for Arrest Warrant 049768, allegedly in violation of Section 36.06 of the Penal Code of the State of Texas, see Exhibit 8, which brought about Case 2019CR2690 in 379th Judicial District Court of Bexar County.

On April 8, 2019, Dawnette Guerrero was presented with a True Bill Indictment, which is date stamped Mary Angie Garcia, March 18, 2019 by Deputy Gilbert Campos, see Exhibit 9.  The True Bill Indictment allegedly came out of the 187th Judicial District Court and was for an alleged offense on the 7th day of June 2019, which had not come to pass yet, the date is for the future.

On June 10th, 2019 Dawnette Guerrero appeared in court with John Foddrill, Freda Yokum and Rhett Smith.  During this hearing total chaos erupted and Judge Ron Rangel threatened Mr. John Foddrill with arrest and Mr. Saul Acevedo threatened Mr. Foddrill and challenged Mr. Foddrill to step outside of the courtroom.  Mr Foddrill purchased court transcript "Motion to Withdrawal," see Exhibit 10.  Upon review of court transcript it became apparent that the transcript had been altered/tampered with and the afore-mentioned events were omitted from the transcript.  Mr. Foddrill will be issuing a statement and appear at trial to testify as to the events that took place on June 10th, 2019.  See Exhibit 10, Pages 12, 13, and 14 Dawnette Guerrero was informed by Judge Ron Rangel that the case was going to be put to trial, Saul

Acevedo was dismissed from the case, and that a court date would be sent via mail and to come back ready for trial.

On July 27, 2019 Dawnette Guerrero's vehicle was reported stolen to the San Antonio Police Department SAPD 2019-0917604.  On August 24, 2019 State Farm contacted Dawnette Guerrero informing her that the San Antonio Police Department never reported her car stolen nor had it been entered into the NCIC System/Database.  At the request of State Farm, Dawnette Guerrero called the San Antonio Police Department to inquire as to why the vehicle had not been reported and provided SAPD 2019-0917604 to the dispatcher.  See Exhibits 11 Incident Detail Report SAPD 2019 0917604 and Exhibit 12 SAPD Offense Case #19181318.  Dawnette Guerrero was arrested for a 3rd time on August 24, 2019, however Warrant #1700508 was not produced or served upon Dawnette Guerrero at that time.  See Exhibit 13.  It is important to note that once Dawnette Guerrero was handcuffed by use of excessive force and placed in the SAPD Patrol Car that other officers stayed inside the home of Dawnette Guerrero.  Dawnette Guerrero was not allowed to lock her house up, SAPD Officers stayed inside the home with Dawnette Guerrero's grandson instead of allowing her to secure her home and taking grandchild to the Police Station.

Dawnette Guerrero was remanded without bond on an unsigned CAPIAS WARRANT #1700508, Exhibit 13, at the Bexar County Adult Detention Center from August 24, 2019 through January 12, 2020.  Psychiatric Evaluation was performed on October 8, 2019 by Brian P. Skop, M.D.  Dawnette Guerrero had scheduled her court appearance in Bexar County Court at Law No 12 for 9/9/2019 of which she was denied an appearance see Exhibit 14 Case Setting Form for County Court at Law 12 and Exhibit 15 University Health System note dated 9/9/2019.  Dawnette Guerrero was also scheduled to appear on 12/11/2019 in 379th Judicial District Court,

of which she was denied an appearance for the second time, see Exhibit 16 The Edge Exchange which is the Grievance form for the Bexar County Adult Detention Center inmates, and Exhibit 17 Bexar County Clerk and District Clerk Court Record Search.   On 11/19/2019, Dawnette Guerrero was assaulted by Deputy Stephanie Mansfield, see Exhibit 18 Prison Rape Elimination Act (PREA) Third Party Reporting Form.  To date, Dawnette Guerrero has not received a response to the allegation.

Note that the court date of 12/11/2019, Exhibit 17 Bexar County Clerk and District Clerk Court Record Search, has since been DELETED from the Bexar County Clerk & District Clerk Court Records Search System.  This is tampering with government documents and computer system.

On February 26, 2020, Dawnette Guerrero appeared in 379th Judicial District Court of Bexar County, this was the first court appearance upon release from the Bexar County Adult Detention Center on 1/12/2020.  Dawnette Guerrero announced that she was present and ready for trial as she had been since her initial arrest on 6/7/2018.  Dawnette Guerrero was rescheduled to appear on March 2, 2020 to the Felony Impact Court.

On March 2, 2020, Dawnette Guerrero made her appearance with Freda Yoakum to the Felony Impact Court, Presiding Judge Raymond Angelini, see Exhibit 19 Court Transcript 2019CR2690 Hearing.  It is during this hearing that Dawnette Guerrero was able to ascertain the following evidence, Exhibit 20 Joe D. Gonzales Bexar County Criminal District Attorney Memorandum of Disclosure on Detective George Silva, Badge No 2473, Exhibit 21 Joe Gonzalez Bexar County Criminal District Attorney Facsimile to CPS, Records Mgt from Brian King Criminal Investigator, 379th , Pages 4, 5, 6, and 7 of calls made by Det Gina Mendez #2015 from 2005 through 2019, these documents are in support of Dawnette Guerrero's claim of

HARASSMENT, STALKING, KIDNAPPING, TERRORIZING, RETALIATING, FALSE ARREST , ETC.  Also note other evidence provided on Exhibit 19 Court Transcript 2019CR2690 March 2, 2020, page 21 Body cam videos......etc.  Exhibit 19, page 18 per Judge Raymond Angelini, who states and finds that, **"For the record, I'm going to find that under 2001, the State violated 2801 by not having the Defendant present during any pretrial motions......"**

Dawnette Guerrero highly recommends that Exhibit 19, Court Transcript 2019CR2690, March 2, 2020 be read in its entirety.

On October 20, 2021, Dawnette Guerrero appeared in the 144 District Court and 2019CR2690 was dismissed due to Insufficient Evidence/Motion to suppress granted, see Exhibit 22 Motion to Dismiss

## CLAIMS FOR RELIEF

## 1ST CAUSE OF ACTION

### Deprivation of Due Process U.S. Const. Amend. XIV

Plaintiff, Dawnette Guerrero, incorporates pages 3 through 8 of the Factual Allegations as fully set forth herein. Plaintiff states this cause of action against Defendants in their professional/official and individual capacities.

The Fourteenth Amendment to the United States Constitution, enforceable pursuant to 42 U.S.C. § 1983, provides that"no state shall deprive any person of life, liberty, or property, without due process of law" U. S. Const. amend. XIV, § 1.

A) Rights to a Speedy Trial is deprived and violated pursuant to 6th Amendment.

Under the due process Clause of the Fourteenth Amendment, deprivation of rights to a speedy trial is presumptively unconstitutional and subject to heightened scrutiny. Plaintiff alleges and will show her Motion for Speedy Trial was impeded by the Defendants

B) Right to effective Counsel was deprived and violated

Plaintiff had three different court appointed attorneys specific to Melanie Lira (dismissed under unknown circumstances), Saul Acevedo (dismissed by Judge Ron Rangel on 6/10/2019) and James Oltersdorf (dismissed by Judge Raymond Angelini on 3/2/2020) who were removed as ineffective counsel by the court

TEXAS CODE OF CRIMINAL PROCEDURE Art. 28.01 cites:

Art. 28.01 PRE-TRIAL

Sec. 1. The court may set any criminal case or a pre-trial hearing before it is set for trial on its merits, and direct the defendant and his/her attorney, if any of record, and the State's attorney, to appear before the court at the time and place stated in the court's order for a conference and hearing. **The defendant must be present at the arraignment, and his present is reqired during any pre-trial proceeding**.

The 6th Amendment of the United States Constitution also allows Right to Self Representation which was violated at the time of incarceration as a Pro Se litigant who had the right to be present in court on 9/9/2019 and 12/11/2019.

## 2nd CAUSE OF ACTION

### Violation of Right to Freedom

### U.S. Const. Amend XIV

The Due Process Clause of the Fourteenth Amendment places limitations on state action that deprives individual of life, liberty or property. Substantive protections of the Due Process Clause include the right of the people to be secure in their persons, house, papers, and effects, against unreasonable searches and seizures, shall not be violated and no warrant shall issue, but upon probable cause, supported by oath and affirmation and particularly describing the place to be searched, and the persons to be seized. Plaintiff alleges that no warrant was produced during all three arrests, 6/5/2018, 6/7/2018 and 8/24/2019.

A) Issuance of Capias Warrant (Exhibit 13) without valid signature and to 'await the further orders of this court." Warrant was unknown to Plaintiff as Plaintiff never received any notice to appear in court after June 10, 2019. In as much as the case was dismissed for lack of sufficient evidence and probable cause.

B) Plaintiff was arrested and incarcerated, remanded without bond from 8/24/2019 through 1/12/2020, for Psychiatric Evaluation which was completed October 8, 2019. In keeping Plaintiff incarcerated until 1/12/2020, violated Plaintiff's 8th Amendment right against excessive bail and fines, as well as cruel and unusual punishment in consideration of the Bexar County Adult Detention Center inhumane conditions and violations not passing inspection of the Texas Commission on Jail Standards.

### 3rd CAUSE OF ACTION

### VIOLATION OF 4TH AMENDMENT

The Plaintiff's Constitutional right through the 4th Amendment protects people from unreasonable search and seizure by the government.  Plaintiff asserts this cause under Factual Allegations, page 6, 1st paragraph, Exhibit 12 SAPD Offense Case #19181318.

### CONCLUSION

As a result of the aforementioned causes of action and violations, Plaintiff is suffering, have suffered and will continue to suffer substantial injury, emotionally, financially and has been defamed and slandered, causing reputational harm and embarrassment as a law abiding citizen prior to these events.  This is all supported by the DISSMISSAL OF ALL CHARGES.

Plaintiff seeks injunctive relief by this Court as Defendants are likely to continue to injure and cause harm to the Public and its interest.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests and prays that the Court:

a)   Award monetary in the amount of $10 million and/or other relief within the Courts power to grant; and

b)   Award any additional relief as the Court determines to be just and proper including all financial losses, i.e. Bonds, lawsuits, property damage, accountability for missing handguns and other personal possessions (SAPD 20039996 and Supplement SAPD 0913918) Expunge Cases 575667 and 2019 CR2690 from Plaintiff's record and restore handgun license and  insurance policies.  Suffice to say this is not a complete and full listing.

Respectfully submitted,

Dated:  1 /9 /2023

Dawnette Kathleen Guerrero, Pro Se /Plaintiff
4407 Valleyfield St
San Antonio, Texas  78222
(210) 306-6437
dawnette.guerrero@hotmail.com

## EXHIBITS

| | |
|---|---|
| Exhibit 1 | Affidavit for Arrest Warrant 049078 (5 pages) |
| Exhibit 2 | City of San Antonio, Office of the City Attorney, Litigation Division May 14, 2018 |
| Exhibit 3 | Certified Mail, Letter from Gina Mendez with business card for Javier Vasquez |
| Exhibit 4 | SAPD Offense Case #18117354 (5 pages) |
| Exhibit 5 | Gerard Rickhoff, County Clerk Bexar County Fax transmission (3 pages) |
| Exhibit 6 | States Motion to Dismiss, Cause No 575667, Offense Terr Threat Public Place-Public Servant |
| Exhibit 7 | SAPD Offense Case 18122254 (5 pages) |
| Exhibit 8 | Affidavit for Arrest Warrant 049768 ((4 pages) |
| Exhibit 9 | True Bill of Indictment (3 pages) |
| Exhibit 10 | Trial Court Cause No 2019CR2690 "Motion to Withdrawal" 10th day of June, 2019 (16 pages) |
| Exhibit 11 | Incident Detail Report SAPD 2019-0917604 |
| Exhibit 12 | SAPD Offense Case 19181318 (4 pages) |
| Exhibit 13 | CAPIAS WARRANT 1700508 (6 pages) |
| Exhibit 14 | Case Setting form for County Court at Law 12 for 9/9/2019 @ 9am |
| Exhibit 15 | University Health System (Jail) note dated 9/9/2019 |
| Exhibit 16 | The Edge Exchange, Grievance form for Bexar County Adult Detention Center inmates |
| Exhibit 17 | Bexar County Clerk and District Clerk Court Record Search 2019CR2690 (2 pages) |
| Exhibit 18 | Prison Rape Elimination Act (PREA) (6 pages) |
| Exhibit 19 | 2019CR2690 Court Transcript, Hearing March 2, 2020 (29 pages) |
| Exhibit 20 | Joe D. Gonzales, Bexar County Criminal District Attorney, Memorandum of |

                    Disclosure on Detective George Silva, Badge No 2473 (9 pages)
Exhibit 21          Joe Gonzalez, Bexar County Criminal District Attorney Facsimile to CPS, Records
                    Mgt. from Brian King, Criminal Investigator, 379th CTD (7 pages)

Exhibit 22          Cause No. 2019CR2690, Offense Retaliation, States Motion to Dismiss 20th day
                    October 2021



**State of Texas**

**County of Bexar**

In the Magistrate Court
Number: 049078

# Affidavit for Arrest Warrant

_____

The undersigned Affiant, G. Morales #2132, being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath, makes the following statements and accusations:

• A victim in this case has been identified as  Officer Serrano#174█  , hereinafter referred to as the Victim.

• An actor in this case has been identified as  Guerrero, Dawnette , date of birth ████████████  , hereinafter referred to as the Defendant. Said Defendant is further identified in SAPD  computer files under SID # 1101290

• It is the belief of your Affiant that the offense of
    PC. 22.07 Terroristic Threat (Police Officer )

was committed  on or about the 12th day of March , 2018 ,in Bexar County, Texas.

• Your Affiant has probable cause for said belief by reason of the following facts:

I'm assign to mental health unit and my duties are to investigate and document threat assessments on violent consumers with mental illness. I was contacted by Officer Serrano#1741 who stated he visited Defendant.  On 5/8/2018 reference case number# SAPD18095846 . He stated, "WHILE ASSIGNED TO THE MENTAL HEALTH DETAIL, I WAS CONTACTED BY CHCS TO CONTACT THE DEFENDANT BECAUSE OF CONCERNING EMAIL TO CITY OFFICIALS. UNIFORMED PATROLMEN, CHCS WORKER, AND I WENT TO THE DEFENDANT HOME TO MAKE CONTACT. OFFICERS KNOCKED FOR ABOUT 15 MIN AND THE DEFENDANT FINALLY CAME TO THE DOOR. THE DEFENDANT STATED SHE DID NOT WANT TO SPEAK TO OFFICERS AND SHE IS TRYING TO GO TO BED. I ADVISED THE DEFENDANT WE WERE THERE TO SEE HOW WE CAN HELP HER CONCERNING THE EMAILS SHE SENT TO CITY OFFICIALS. THE DEFENDANT SLAMMED THE FRONT DOOR ON OFFICERS AND STATED SHE DOES NOT WANT TO SPEAK TO OFFICERS. I TOLD THE DEFENDANT THROUGH THE CLOSED DOOR THAT I WOULD LEAVE OUR UNITS CITY CELL NUMBERS SO SHE CAN CONTACT US ANYTIME FOR ASSISTANCE. OFFICERS LEFT THE AREA AND I ADVISED THE UNIFORMED PATROLMEN TO NOTIFY US IF SHE CALLED BACK SO WE CAN FOLLOW UP."

On May 10, 2018 the Defendant posted a video on her Facebook stating,  "I'm not opening the door, the last time I opened my door they stormed me and said I was mental.  I'm not fucking mental, so get my neighbors out of the neighborhood and their children cuz i'm tired of being treated like a piece of shit, (yelling) YOU HEAR ME! I don't want to do this, that's why I'm not opening my door and when I go down I'm going to go down in history MOTHER FUCKER!" This message had two references, the statement directed to Officer Serrano#1741 who knocked on her door on May 8, 2018.  Defendant has a history of violence and mental illness. Defendant stated she doesn't want to do this, and that's why she not opening the door and when I go down I'm going to go down in history MOTHER FUCKER!" Defendant also reference her neighbors and neighborhood and their children to get them out.  DET. MENDEZ# 2015  is a neighbor who is a San Antonio Police Detective and knows Defendant condition.

On May 11th at 1430 hours Defendant sister RENDON, MARIE GUERRERO emailed OFFICER SMARRO#483 and stated, "Sir I understand you were at my sisters yesterday trying to get in touch with her. I am reaching out to you because I'm concerned she may do something to hurt others if you see her video on Facebook she makes it very clear she will do something so I'm handing this to you she does have a hand gun so be careful please do not tell her my name because she's made a me for not giving her a gun she gave me

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

**July 09, 2018**

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT T̶̶̶̶̶̶̶̶̶̶ IGNATURE.)*

− 049078

please advise."

On May 12th, 2018 OFFICER SMARRO#483 was working the IMPACT / HU function of Mental Health when Officers was referred to the listed address to check on Defendant and see if the officers could make contact with her. OFFICER SMARRO#483 made the location with Officers J. Phelt #156, and E. Stevens #845. Officer Phelt knocked on the "Ring" doorbell which OFFICER SMARRO#483 is familiar with and know it has a camera and audio feedback. After waiting a couple minutes, OFFICER SMARRO#483 heard a loud scream come from inside the house saying "Get the fuck off my property mother fucker." OFFICER SMARRO#483 identified himself as an officer with SAPD, as did Officer Phelt and the Defendant again said, "I don't give a fuck, get off my property." Officer Phelt was standing at the front door, and Officer Phelt began telling Defendant she could not hear her with the door closed. Officer Phelt asked if the Defendant would open the door and she refused, originally. The Defendant kept cursing and yelling at us and told us we had three seconds to get off her property. Officer Phelt again told the Defendant she could not hear her and then the Defendant said, "Oh yea, I bet you can hear this." OFFICER SMARRO#483 heard the sound of something metal tapping on the the glass in the door. OFFICER SMARRO#483 had previous knowledge that the Defendant owns a firearm with a red laser and also is known to use methamphetamine. The Defendant then opened the interior door, which prompted OFFICER SMARRO#483 to get off the "X" and pivot away from the door. Officer Phelt was still in the doorway and the exterior glass door was still shut and locked and the Defendant clearly had a black object in her hands. The Defendant peeked her head toward the window and saw OFFICER SMARRO#483 standing there with his gun drawn and she immediately retreated and slammed the door on them and went back to yelling at the officers to get the "fuck" off her property. The Officers decided to de-escalate the situation and leave the location to prevent anyone from getting hurt or killed.

The Defendant threaten to commit a offense involving violence to Officer Serrano#1741 who is an official police officer who deals with emergencies. The Defendant violent tendency and mental behavior has escalated and places the public in fear of serious bodily injury.

• Your Affiant has reason to believe, and does believe, the said Defendant, Guerrero, Dawnette, on or about the 12th day of March, 2018, in Bexar County, Texas,

Terroristic Threat (Police Officer)

in violation of Section # 22.07 of the Penal Code of the State of Texas.

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**State of Texas**

**County of Bexar**

Therefore, your Affiant respectfully requests that a warrant be issued for the arrest of the  Defendant, Guerrero, Dawnette, charging her      with the felony          criminal offense of

PC. 22.07 Terroristic Threat  (Police Officer )

in violation  of Section # 22.07 of the Penal Code of the  State of Texas.

| Respectfully Submitted #2132 |
|---|

| Sworn to and subscribed before me in person | |
|---|---|
| this        day of      MAY 1 7 2018 | |
| hour of    12:23 p.m | |



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK. CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By: _____

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**Warrant of Arrest**

State of Texas
vs.
**Guerrero, Dawnette**

In the Magistrate Court
Bexar County, Texas
Number **049078**

To any Peace Officer of any Court within the State of Texas:

You are hereby commanded to take the body of: **Guerrero, Dawnette**

Last known address:  **4407 Valley Dr**

Described as:



| | Hispanic | | 1101290 |
| --- | --- | --- | --- |
| | Female | | |
| | | | 09058493 |

If the individual be found in your County, and the individual safely keep, so that you will have the individual before the Magistrate Court, Bexar County, Texas, to hold forthwith to answer to the State of Texas, wherein the individual is charged with the criminal offense of:



| | PC. 22.07 Terroristic Threat (Police Officer ) | | |
| --- | --- | --- | --- |
| | 131603 | | March 12, 2018 |
| | San Antonio Police Department | | Detective G. Morales #2132 |
| | Mental Health Unit | | SAPD18100158 |

Herein fail not, but have you this writ before said Court with your return thereon, showing how you have executed the same.



Given under my hand and signature, at my office in Magistrate Court,  Bexar County, Texas, this

day of    **MAY 1 7 2018**



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*



049078

# Warrant of Arrest

Warrant No:

Magistrate Court
Bexar County, Texas

## The State of Texas
VS.
Guerrero, Dawnette

November 16, 1962

Came to my hand the _____ day
of _____, _____, by
      Month      Year
arresting the within named
defendant and placing him in
the Bexar County Jail.

_____
Date

Sheriff

Bexar County, Texas

By: _____
              Deputy

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

### July 09, 2018

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

EXHIBIT 2



# CITY OF SAN ANTONIO

OFFICE OF THE CITY ATTORNEY, LITIGATION DIVISION
Logan Lewis, *Assistant City Attorney*
PHONE NO: (210) 207-6520
FAX NO: (210) 207-4357

100 W. HOUSTON STREET
FROST BANK TOWER, 18th FLOOR
SAN ANTONIO, TX 78205
Logan.Lewis@sanantonio.gov


May 14, 2018


Dawnette Alonzo
4407 Valleyfield Street
San Antonio, Texas  78222

**VIA CMRRR #9214 8901 9403 8306 1997 83
& U.S. REGULAR MAIL**


   RE:    Civil Action No. SA-17-CA-913-FB
           Dawnette Alonzo, Individually and on behalf of minor child/grandson MCA v. Gina
           Mendez, Vincent Tovar, *et al*

Dear Ms. Alonzo:

You have recently sent the City of San Antonio, specifically certain elected officials, letters and other correspondence discussing open litigation matters you have filed against the San Antonio Police Department and some of its members.

The City of San Antonio is represented by the Office of the City Attorney in litigation such your lawsuit referenced above.  Should you feel the need to discuss cases in open litigation, please refrain from contacting employees or elected officials of the City and instead direct all of your correspondence to the Office of the City Attorney.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Logan Lewis
Assistant City Attorney

cc:    Mark Kosanovich, Mark Kosanovich, L.P. (e-mail)

Exhibit 3

SAN ANTONIO
OFFICE OF THE CITY MANAGER
JAVIER VASQUEZ
EXECUTIVE ASSISTANT
TO THE CITY MANAGER

SA TX 78223

7016 0340 0001 9639 2757

CERTIFIED MAIL

78222-371807

Dawnette Guerrero
4407 Valley Field
San Antonio, Texas 78222



U.S. POSTAGE
SAN ANTONIO, TX
MAY 18 2020
AMOUNT
$6.70
R2304M11649-14

## San Antonio
## Police Department

| | |
|---|---|
| **Offense Case #** | **Incident Type** | **CFS Number** |
| SAPD18117354 | POLICE REPORT | SAPD-2018-0821614 |
| **Primary Offense** | | |
| WANTED PERSON | | **Page** 1 of 5 |
| **Date / Time Occurred** | | **Date / Time Reported** |
| 6/5/2018 09:00    to    6/5/2018 09:15 | | 6/5/2018 09:30 |

| Situation Found | Type Of Search | Location Given By / Dispatcher | Related Case # |
|---|---|---|---|
| **Wanted Person** | **Incident To Arrest** | | |

| Hate Crime | Arson | Damage Value | Clearance |
|---|---|---|---|
| | | | **CLEARED BY ADULT ARREST** |

### Elements of the Incident

☐ Confidential  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available    ☐ Video Surveillance Received

| Street Address | | | | | | |
|---|---|---|---|---|---|---|
| **100 MILITARY PLAZA** | | | | | | Unit Type |
| Unit No. | City | | State | Zip | Country | Building No. |
| | **SAN ANTONIO** | | **Texas** | **78201** | | |
| Floor No. | | District | | | | |
| | | **2120** | | | | |

| | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Detective | | | |
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |
| ☐ Notified Crisis Response Team | Crisis Response Name | | |
| ☐ Priority Notification | Priority Name | | |
| ☐ Notified Victim | Explanation | | |
| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |

| ☐ BOLO | Reporting Officer | Employee Number |
|---|---|---|
| Badge # | **MOLINA, JOSE** | ▇▇▇▇▇ |
| **2481** | Assignment | |
| | **Patrol Division** | |

| ✅ Primary Offense | Report Offense |
|---|---|
| | **WANTED PERSON** |

| UCR Category | | |
|---|---|---|
| **000056** | Attempted/Completed | |
| | **Completed** | |

| Premise | Circumstances | Weapon |
|---|---|---|
| **Highway/Road/Alley/Street** | | **UNARMED** |
| Weapon Brand | Weapon Model | Weapon Color |

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| **CA2 - ARREST** | **NONE** | **NONE** |

| ✅ Known | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Middle Name | Nickname | Suffix |
| **GUERRERO** | **DAWNETTE** | **KATHLEEN** | | |

| Race | Sex | SSN | Date of Birth | Age | Age Range to | Weight |
|---|---|---|---|---|---|---|
| **WHITE** | **Female** | ▇▇▇ | ▇▇▇▇ | **55** | | |

| Height | Driver's License # | DL State | Place of Birth | SID |
|---|---|---|---|---|
| | ▇▇▇▇ | **Texas** | | ▇▇▇▇ |

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|
| | | | ▇▇▇▇ |

| Street Address | | | | |
|---|---|---|---|---|
| **4407 VALLEYFIELD** | | | | Unit Type |
| Unit No. | City | State | Zip | Building No. | Floor No. |
| | **SAN ANTONIO** | **Texas** | | | |

| ☐ Student | Employer | Occupation |
|---|---|---|

| Street Address | | | | |
|---|---|---|---|---|
| | | | | Unit Type |
| Unit No. | City | State | Zip | Building No. | Floor No. |
| | **SAN ANTONIO** | **Texas** | | | |

# San Antonio
# Police Department

| | | |
|---|---|---|
| **Offense Case #** SAPD18117354 | **Incident Type** POLICE REPORT | **CFS Number** SAPD-2018-0521614 |
| **Primary Offense** WANTED PERSON | | **Page** 2 **of** 5 |
| **Date / Time Occurred** 8/5/2018 09:00 to 8/5/2018 09:15 | | **Date / Time Reported** 8/5/2018 09:30 |

| | | | | | |
|---|---|---|---|---|---|
| Phone | Hours of Employment to | Hair Color | Hair Length | ☐ Glasses | Eye Color |
| Build | Facial Hair | Facial Hair Color | Voice | | Complexion |
| Ethnicity **Hispanic** | Marital Status | Demeanor | Hand Preference | | |
| Shirt | | Jacket | | | |
| Pants | | Shoes | | | |
| Hat | | | | | |

| Traffic Stop | Was Suspect Driving Car | Race Known Prior to Stop | Reason for Stop |
|---|---|---|---|
| ☐ Yes  ☑ No | ☐ Yes  ☑ No | ☐ Yes  ☐ No | |

| Location of Stop | Contraband or Evidence | Race **WHITE** | Ethnicity **Hispanic** |
|---|---|---|---|
| | Trademarks of Suspect | | |

| | | | |
|---|---|---|---|
| **Arrest Action** Warrant | **Disposition** Booked - Adult | **Offense Location** | **Arrest Location** |
| **Arrest Date/Time** 8/5/2018 10:00 | **Agency Issuing Warrant** CM COURT | **Warrant Number** 1647925 | ☑ Arrested on Scene |

| Street Address **100 MILITARY PLAZA** | | | | | Unit Type |
|---|---|---|---|---|---|
| Unit No. | City **SAN ANTONIO** | State **Texas** | Zip **78201** | Building No. | Floor No. |

| Test Given | Test Date/Time | Test Results | Test Administered By |
|---|---|---|---|
| Test Given | Test Date/Time | Test Results | Test Administered By |

| Arrestee was armed with | Multiple Arrest |
|---|---|
| Arresting Officer | Transporting Officer |

| | | | |
|---|---|---|---|
| ☐ Amphetamine | ☐ Cocaine | ☐ Heroin | ☐ Methamphetamine | ☐ Synthetic Narcotic |
| ☐ Barbiturate | ☐ Hallucinogen | ☐ Marijuana | ☐ Opium | ☐ Unknown |

| **Charge** WANTED PERSON | Penal Code | **Counts** 1 |
|---|---|---|

**AP IS ACTIVE ON A CLASS A WARRANT.**

| Person Type **OTHER** | | | | |
|---|---|---|---|---|
| Last Name **RUEDEMANN #1737** | First Name **SAPD-BIKE** | Middle Name | Nick name | Suffix |
| Race | Sex | SSN | Date of Birth | Age | Age Range to |
| Weight | Height | Driver's License # | DL State | Place of Birth |
| Preferred | Home Phone | Cell Phone | E-mail Address |

| Street Address | | | | | Unit Type |
|---|---|---|---|---|---|
| Unit No. | City **SAN ANTONIO** | State **Texas** | Zip | Building No. | Floor No. |

# San Antonio Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18117354 | POLICE REPORT | SAPD-2018-0621614 |

| Primary Offense | Page 3 of 5 |
|---|---|
| WANTED PERSON | |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 6/5/2018 09:00 to 6/5/2018 09:15 | 6/5/2018 09:30 |

Student | Employer | Occupation

| Street Address | | Unit Type |
|---|---|---|

| Unit No | City SAN ANTONIO | State Texas | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| Work Phone | Hours of Employment to | Hair Color | Hair Length | ☐ Glasses |
|---|---|---|---|---|

| Eye Color | Build | Facial Hair | Voice | Complexion |
|---|---|---|---|---|

| Ethnicity | Demeanor |
|---|---|

| Person Type |
|---|
| OTHER |

| Last Name | First Name | Middle Name | Nickname | Suffix |
|---|---|---|---|---|
| MENA #1729 | SAPD-BIKE | | | |

| Race | Sex | SSN | Date of Birth | Age | Age Range to |
|---|---|---|---|---|---|

| Weight | Height | Driver's License # | DL State | Place of Birth |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|

| Street Address | | Unit Type |
|---|---|---|

| Unit No | City SAN ANTONIO | State Texas | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| ☐ Student | Employer | Occupation |
|---|---|---|

| Street Address | | Unit Type |
|---|---|---|

| Unit No | City SAN ANTONIO | State Texas | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| Work Phone | Hours of Employment to | Hair Color | Hair Length | ☐ Glasses |
|---|---|---|---|---|

| Eye Color | Build | Facial Hair | Voice | Complexion |
|---|---|---|---|---|

| Ethnicity | Demeanor |
|---|---|

| Person Type |
|---|
| OTHER |

| Last Name | First Name | Middle Name | Nickname | Suffix |
|---|---|---|---|---|
| SANCHEZ #9628 | PARKPOLICE-BIKE | | | |

| Race | Sex | SSN | Date of Birth | Age | Age Range to |
|---|---|---|---|---|---|

| Weight | Height | Driver's License # | DL State | Place of Birth |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|

| Street Address | | Unit Type |
|---|---|---|

| Unit No | City SAN ANTONIO | State Texas | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| ☐ Student | Employer | Occupation |
|---|---|---|

| Street Address | | Unit Type |
|---|---|---|

| Unit No | City SAN ANTONIO | State Texas | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| Work Phone | Hours of Employment to | Hair Color | Hair Length | ☐ Glasses |
|---|---|---|---|---|

| Eye Color | Build | Facial Hair | Voice | Complexion |
|---|---|---|---|---|

# San Antonio
# Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18117354 | POLICE REPORT | SAPD-2018-0621614 |
| Primary Offense | | Page 4 of 5 |
| WANTED PERSON | | |
| Date / Time Occurred | | Date / Time Reported |
| 6/5/2018 09:00   to   6/5/2018 09:15 | | 6/5/2018 09:30 |

Demeanor

| | Vehicle Year | Make | Model | VIN | | VIN Validation Off | Tag Number |
|---|---|---|---|---|---|---|---|
| | | Chevrolet | | | | ☑ | |

| State | Tag Year | ☐ Plate Only | Body Style | Color 1 | Color 2 |
|---|---|---|---|---|---|
| Texas | | | | | |

Vehicle Type          NIC Number

Other Identifiers

**DEALER TAG-DOMINGO VARA CHEVROLET**

| Mileage | Value | Keys in Ignition ☐ Yes ☐ No | Doors Locked ☐ Yes ☐ No | Windows Closed ☐ Yes ☐ No | Ignition Locked ☐ Yes ☐ No | Trunk Locked ☐ Yes ☐ No | Radio in Car ☐ Yes ☐ No | Battery in Car ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| Registered Owner Name (Last, First, MI) | Sex | Race | DOB |
|---|---|---|---|

| Insurance Company | Policy Number | Impoundment | Spare Tire in Car ☐ Yes ☐ No |
|---|---|---|---|
| | | **Suspect Vehicle** | |

Street Address                                                                 Unit Type

| Unit No | City | State | Zip | Building No | Floor No |
|---|---|---|---|---|---|
| | SAN ANTONIO | Texas | | | |

| ☐ Damaged | ☐ Stolen | ☐ Recovered | ☐ Suspicious | ☐ Suspect | ☐ Victim | ☐ Other | Description |
|---|---|---|---|---|---|---|---|

| Method of Theft | Repo Check ☐ Yes ☐ No | Tow List Check ☐ Yes ☐ No | Owner Notified ☐ Yes ☐ No |
|---|---|---|---|

Street Address                                                                 Unit Type

| Unit No | City | State | Zip | Building No | Floor No |
|---|---|---|---|---|---|

| Tow Information | Recovered By | Recovery Date | Recovered Value | Recovery Code | Disposition |
|---|---|---|---|---|---|

| ☐ Impounded | ☐ Towed | Tow Report Number | Weather Service | Date Reported | Time 00:00 |
|---|---|---|---|---|---|

| Location Towed From | Location Towed To | Towed Operator | Tow Truck Operator Signature |
|---|---|---|---|

Narrative Legend

**AP1 = GUERRERO, DAWNETTE KATHLEEN**
**O1 = RUEDEMANN #1737, SAPD-BIKE**
**O2 = MENA #1729, SAPD-BIKE**
**O3 = SANCHEZ #9628, PARKPOLICE-BIKE**

Narrative Information

I AM A DETECTIVE ASSIGNED TO THE REPEAT OFFENDERS UNIT OF THE SAN ANTONIO POLICE DEPARTMENT. I RECEIVED INFORMATION THAT THE LISTED AP IS ACTIVE ON A CLASS A MISDEMEANOR WARRANT.

TODAY, 06/05/2018, THE AP WENT TO THE LISTED ADDRESS, WHICH IS SAN ANTONIO CITY HALL IN ATTEMPT TO CONTACT CITY OFFICIALS. I WAS ADVISED THAT THE AP IS AT THAT LOCATION AND THAT THE BIKE PATROL UNIT AND MENTAL HEALTH SERVICES UNIT WOULD BE AVAILABLE TO ASSIST.

THE AP WAS DRIVING THE LISTED SP VEH. THE AP WAS CONTACTED BY THE BIKE PATROL UNIT DURING A TRAFFIC STOP ON DOLOROSA STREET IMMEDIATELY OUTSIDE OF THE CITY HALL PARKING LOT.

AP WAS IDENTIFIED AND PLACED UNDER ARREST FOR THE LISTED WARRANT.
AP WAS ALLOWED TO WALKED TO THE PATROL VEHICLE WHICH WAS OPERATED BY THE O1 AND O2.
AP WAS SEARCHED BY THE O3 WHO IS A UNIFORMED POLICE OFFICER.
AP WAS THEN PLACED IN HANDCUFFS AND PLACED IN THE BACK SEAT OF THE MARKED POLICE VEHICLE.

AP WAS THEN TRANSPORTED TO THE MAGISTRATES OFFICE BY THE O1 AND O2 FOR WARRANT VERIFICATION AND BOOKING.

THE LISTED SP VEHICLE WAS REMOVED TO THE GROWDON POUND VIA CONTRACT TOWING.



**San Antonio
Police Department**

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18117354 | POLICE REPORT | SAPD-2018-0621614 |
| **Primary Offense** WANTED PERSON | | **Page** 5 **of** 5 |
| **Date / Time Occurred** 6/5/2018 09:00   to   6/5/2018 09:15 | | **Date / Time Reported** 6/5/2018 09:30 |

MINGO VARA CHEVROLET WAS ADVISED THAT THE VEHICLE WAS BEING REMOVED TO THE GROWDON POUND.



**Exhibit 5**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 25, 2018 at 11:27:03 AM CDT | | 107 | 3 | Received |

09/25/2018 TUE 11:38 FAX BEXAR CTY CLRK FILING                    @001/003

# Gerard Rickhoff

### COUNTY CLERK   BEXAR COUNTY

BEXAR COUNTY COURTHOUSE
100 DOLOROSA, SUITE 104
SAN ANTONIO, TX 78205

## FAX TRANSMISSION COVER SHEET

**DATE:** 09/25/2018

**THIS FAX IS BEING SENT BY:** VICTORIA

**DEPARTMENT:** BEXAR COUNTY CLERK CRIMINAL CENTRAL FILING

**PHONE:** (210) 335-2238          **FAX #:** (210) 335-3938

**THIS FAX IS DIRECTED TO:** KEVIN BORTE, INV. SUPPORT SPECIALIST III

**LOCATION/DEPARTMENT:** TEXAS DPS

**PHONE #:** _____          **FAX #:** 512-424-5774

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 3

**SPECIAL INSTRUCTIONS: RE:** DAWNETTE GUERRERO

There is no information/complaint filed yet by the District Attorney's office.

Provided is a to-date print out of the D-page regarding Defendant's charge.

**Confidentiality Notice:** The information contained in this facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this fax – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this fax in error, please notify the sender immediately and destroy this cover sheet along with its contents, and delete from your system, if applicable.

/5/2018 TUE 11:27  FAX  BEXAR CTY CRIM FILING                                    @002/003

Sep. 24. 2018 11:13AM                                                No. 5261    P. 1

 **Texas Department of Public Safety**
Regulatory Services Division
www.dps.texas.gov

FILED IN CITY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

2018 SEP 24 P 12 31

DPS INTERNAL USE ONLY

License /
Application #  _____0682_____

Agency  Texas Dept of Public Safety

Fax 512-424-5774

## INITIAL RECORD(S) REQUEST
**\*\*Investigative Communications Restricted\*\***

| Request Date 09/24/2018 | Request Needed By | Case # |
|---|---|---|

**The information / documents listed below are needed:**

| ○ Disposition Information | ● Complaint / Information Indictment / Judgment and Sentence | ○ Letter of Pending Status (Certified) | ○ Misdemeanor / Felony Record Search From                    To |
|---|---|---|---|

○ Other – Please Explain:

**DPS is currently conducting background search(es) or investigation(s) regarding the individual named below.**

**CASE IDENTIFICATION**
*Please forward the information / documents indicated below pertaining to the arrest of the following individual:*

| Name Bexar County- Criminal Records | Docket / Complaint / Ticket Number* 576667 |
|---|---|

**\*In Criminal and Municipal cases, if you do not know the docket number, please provide the Defendant's Information:**

| Defendant's Name and alias(es), if any  Dawnette K Alonzo(Guerrero) | Defendant's Date of Birth | Last 4 digits of Defendant's SSN |
|---|---|---|

○ Male  ● Female    Race ● White ○ Black    ○ Asian / Pacific Islander    ○ Native American    ○ Other

| Indictment / Arrest Date

09/06/2018

CC575667 | Indictment / Accusation / Complaint / Sentence | Offense

Terroristic Threat Public Servant | Sentencing Date |
|---|---|---|---|

**DESCRIPTION**     Please describe records requested completely as possible.

Please provide a copy of the filed charge.

Please email me at kevin.borth@dps.texas.gov or fax to my attention at 512-424-5773

Thank you in advance for your assistance in this matter. If you have any questions, contact:

| AGENT RANK AND NAME | Email   Kevin.Borth@dps.texas.gov |
|---|---|
| Kevin Borth, Investigative Support Specialist III | Phone  (512) 424-5795 |
|  | FAX     (512) 424-5774 |

**TWO WAYS TO SUBMIT THE REQUESTED DOCUMENTS:**

- **Secured Email**
  Please place "*Investigative Communication Restricted*"
  in the Subject Line

  rsd.concealedhandgun@dps.texas.gov

 **OR**

**Mail**
Texas Department of Public Safety
Regulatory Services Division RCS MSC 0542
P. O. Box 4087
Austin, Texas 78761

09/25/2018 TUE 11:27  FAX  BEXAR CTY CRIM FILING                    @003/003

```
               Date:09-25-2018    Time:1119    Term:CC16    Oper:39420

          ***** Bexar County Criminal Justice Information System *****
                            · Event Log Display ·
    JN: 1850878    Juris Court: CC12    Case Nbr: 575667         R S    DOB      Loc
   SID: 1161290   Suit: 02  Name: GUERRERO, DAWNETTE                  L P         DKD
         Code   Date       Description      Qualifier       CNC Date   Term Oper
  0001- 1001  05122018  MA 131603 TERR THREAT-PUB PLACR/PUB SE1 06052018 SHM1 36550
  0002- 1002  05122018  COMPLAINT FILED     CM   049078       1 06052018 SHM1 36550
  0003- 1301  05172018  WARRANT ISSUED      0000000           1 06052018 SHM1 36550
  0004- 0200  05172018  MAG WARRANT                          1 06052018 SHM1 36550
  0005- 1302  05172018  WARRANT RECEIVED    1647925           1 06052018 SHM1 36550
  0006- 1101  06052018  BOOKED              B20182665101      1 06052018 SHM1 36550
  0007- 1202  06052018  BOND SET            2500.00       0000000106052018 SHM1 36550
  0008- 1013  06052018  DEF. MAGISTRATED                     1 06052018 SHM1 36550
  0009- 1311  06052018  WARRANT EXECUTED    1647925           1 06052018 SHM1 36550
  0010- 0106  06052018  AWTG DKT APPEARNCE                   1 06052018 SHM1 36550
  0011- 1501  06052018  CNTY COURT ASSIGN:CC12 575667         1 06052018 SHM1 36550
  0012- 1211  06052018  BOND MADE           2500.00       17788161 06052018 SHM1 36550
  0013- 1104  06052018  $SID 0414785        B20182665101 17788161 06052018 SHM1 36550
  0014- 0204  06052018  REL'D ON BOND                        1 06052018 SHM1 36550
  0015- 6402  06052018  Offender record sent to VINEL8508780011 06052018 NATU 36550
  0016- 6403  06052018  Charge record sent to VINE  18508780011 06052018 NATU 36550
  0017- 2501  06032018  PUBLIC DEFNDR APPT24091298            1 06052018 SYS  SYS
  0018- 4302  06052018  ATTORNEY APPOINTED0V0000P0000         1 06052018 SYS  SYS
  0019- 8001  06052018  Pretrial Supervision started         1 06052018 WBSV 99999
  0020- 0110  06052018  RELEASED FROM JAIL                   1 06052018 SHMA 36550
  0021- 6402  06052018  Offender record sent to VINEL8508780011 06052018 NATU 36550
  0022- 6300  06052018  ERR RECV FROM DPS                    1 06062018 BATC SYST
  0023- 4100  06052018  HC W/SAPD OFFICER CINA MENDEZ PER     1 06102018 MACT 37438
  0024- 0700  06052018  CMAG COURT2                          1 06102018 MACT 37438
  0025- 1302  06052018  WARRANT RETURNED    1647925           1 06062018 A1W5 34923
  0026- 2081  06072018  APPT OF ATTY FI)                     1 06072018 KM45 40145
  0027- 4740  06082018  VIOL REPORT SUBMTT 1SP               1 06082018 CY29 32450
  0028- 1229  06112018  CC RECEIVED BOND #              17788161 06112018 CCTR 40402
  0029- 4200  06112018  CONT ON BOND W/THESAME CONDITION OF   1 06112018 CY29 32450
  0030- 4200  06112018  NO CONTACT W/SAPD OFFICER CINA MENDEZ 1 06112018 CY29 32450
  0031- 6200  06112018  RSA JUDGE JOHNSON-SCANNED TO PTS      1 06112018 CY29 32450
  0032- 2001  06262018  ARRAIGNMNT SET                       1 06052018 SHM1 36550
  0033- 2502  06262018  DEF ATTORNEY APP  65807091B          1 06262018 CC7C 16155
  0034- 4302  06262018  ATTORNEY APPOINTED0V00GP0000         1 06262018 CC7C 16155
  0035- 2024  07232018  PRE-TRIAL CONFRNCE                   1 06262018 CC7C 16155
  0036- 0151  07232018  AWTG HEARING                         1 06262018 CC7C 16155
  0037- 2024  09132018  PRE-TRIAL CONFRNCE                   1 07232018 CC7C 16155
  0038- 0151  09132018  AWTG HEARING                         1 07232018 CC7C 16155
  0039- 2024  11082018  PRE-TRIAL CONFRNCE                   1 09132018 CC7C 16155
  0040- 0151  11082018  AWTG HEARING                         1 09132018 CC7C 16155
                          ***** End of List *****
```

**Exhibit 6**

2/F

CAUSE NO: _____575667_____   MAG. NO. (If applicable): _____

OFFENSE: <u>Terr Threat Public Place-Public Servant</u>

**THE STATE OF TEXAS**                §         ○ IN THE _____ DISTRICT COURT

**V.**                                                    §         ⊙ COUNTY COURT NO. ___12___

<u>Dawnette Guerrero</u>                       §

                                                           §         **BEXAR COUNTY, TEXAS**

<u>**MOTION TO DISMISS**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOE D. GONZALES, Criminal District Attorney of Bexar County, Texas by and through the undersigned Assistant Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ☐ 0604 – The Defendant was convicted (or sentence deferred) in another case or count.
- ☐ 0606 – The Defendant is in custody in another jurisdiction.
- ☐ 0608 – Old case, no arrest.
- ☐ 0609 – The Defendant was granted immunity.
- ☐ 0610 – Motion to suppress granted.
- ☐ 0611 – Insufficient evidence.
- ☐ 0612 – Co-Defendant convicted, insufficient evidence as to this Defendant.
- ☐ 0614 – A necessary and material witness is missing.
- ☑ 0615 – Other. (see explanation below)
- ☐ 0617 – Case re-indicted/re-filed.
- ☐ 0626 – The law enforcement agency failed to submit necessary evidence.
- ☐ 0629 – Complainant requested case be dismissed.
- ☐ 0630 – The Defendant died.
- ☐ 0639 – Defendant completed a pretrial diversion program.
- ☐ 0672 – Rejected extraneous offense.
- ☐ 0673 – Rejected multi-count charging document filed.
- ☐ 0681 – Further investigation.
- ☐ 0682 – Restitution paid in full.
- ☐ 0699 – Created in error.

EXPLANATION: Statute of limitations has expired for filing the case.

WHEREFORE, PREMISES CONSIDERED on this date, ____Feb 10, 2021____, it is requested that the above entitled cause be dismissed.

Respectfully submitted,

Nicole Yates (Feb 10, 2021 16:46 CST)

Assistant Criminal District Attorney
Bexar County, Texas
State Bar Number _____24097241_____

<u>**ORDER**</u>

The foregoing motion having been presented to me on this date, ____Feb 12, 2021____ and the same having been considered, it is ORDERED, ADJUDGED AND DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

Yolanda Huff (Feb 12, 2021 15:30 CST)

Presiding Judge, Bexar County, Texas

FILED DEPUTY OFFICE LUCY ADAME-CLARK COUNTY CLERK BEXAR CO.
2021 FEB 12 PM 4: 59

**Exhibit 7**

POLICE REPORT



# San Antonio
# Police Department

| Offense Case # SAPD18122254 | Incident Type POLICE REPORT | CFS Number SAPD-2018-0647248 |
|---|---|---|
| Primary Offense WANTED PERSON | | Page 1 of 4 |
| Date / Time Occurred 6/11/2018 10:00   to   6/11/2018 10:15 | | Date / Time Reported 6/11/2018 10:30 |

| Wanted Person | Incident To Arrest | | |
|---|---|---|---|
| | | | |
| | | CLEARED BY ADULT ARREST | |

**Elements of the Incident**

☐ Confidential  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available  ☐ Video Surveillance Received

4407 VALLEYFIELD DR

| | SAN ANTONIO | Texas | 78222 | Bexar County | |
|---|---|---|---|---|---|
| | | 4250 | | | |

| ☐ Notified Detective | | | |
|---|---|---|---|
| ☐ Notified Supervisor | | | |
| ☐ Notified Medical Examiner | | | |
| ☐ Notified Crisis Response Team | | | |
| ☐ Priority Notification | | | |
| ☐ Notified Victim | | | |
| ☐ CSI Requested | | | |
| ☐ BOLO | MOLINA, JOSE | | |
| 2481 | Repeat Offenders Unit | | |

☑ Primary Offense     WANTED PERSON

| 000056 | | |
|---|---|---|
| | Completed | |

Highway/Road/Alley/Street                                    UNARMED

CA2 - ARREST               NONE                      NONE

☑ Known

GUERRERO                        DAWNETTE        K

WHITE              Female                    55

                                          Texas

4407 VALLEYFIELD

| SAN ANTONIO | Texas | | | |
|---|---|---|---|---|

☐ Student

| SAN ANTONIO | Texas | | | |
|---|---|---|---|---|



# San Antonio
# Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18122254 | POLICE REPORT | SAPD-2018-0647246 |
| Primary Offense | | Page  2  of  4 |
| WANTED PERSON | | |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 6/11/2018 10:00    to    6/11/2018 10:15 | 6/11/2018 10:30 |

Glasses

Ethnicity
**Hispanic**

| | Yes | ☑ No | | Yes | ☑ No | | Yes | No | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Race | **WHITE** |
| | | | | | | | | | Ethnicity | **Hispanic** |

Scar, Mark, Tattoo, or Medical Condition

| | | | |
|---|---|---|---|
| **Warrant** | **Booked - Adult** | | |
| 6/11/2018 11:45 | CM COURT | 1650510 | ☑ Arrested on Scene |

Street Address
**4407 VALLEYFIELD DR**

| | City | State | Zip | | |
|---|---|---|---|---|---|
| | **SAN ANTONIO** | **Texas** | **78222** | | |

**Unarmed**

| Arresting Officer | Accompanying Officer |
|---|---|
| **MOLINA,JOSE** | **CASIANO,MICHAEL** |

| ☐ Amphetamine | ☐ Cocaine | ☐ Heroin | ☐ Methamphetamine | ☐ Synthetic Narcotic |
|---|---|---|---|---|
| ☐ Barbituste | ☐ Hallucinogen | ☐ Marijuana | ☐ Opium | ☐ Unknown |

| Charge | | Counts |
|---|---|---|
| **WANTED PERSON** | | **1** |

**AP IS ACTIVE ON A FELONY WARRANT**

| | **OTHER** |
|---|---|
| **CASIANO** | **SAPD-SAFFE** |



# San Antonio
# Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18122254 | POLICE REPORT | SAPD-2018-0647246 |
| Primary Offense | | Page 3 of 4 |
| WANTED PERSON | | |
| Date / Time Occurred | | Date / Time Reported |
| 6/11/2018 10:00 to 6/11/2018 10:15 | | 6/11/2018 10:30 |

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

☐ Student

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

☐ Glasses

OTHER

OVALLE                          SAPD-SAFFE

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

☐ Student

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

☐ Glasses

OTHER

RODRIGUEZ                       SAPD-ROP

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

☐ Student

| | SAN ANTONIO | Texas | | | |
|---|---|---|---|---|---|

# San Antonio Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD181222254 | POLICE REPORT | SAPD-2018-0847246 |
| Primary Offense | | Page 4 of 4 |
| WANTED PERSON | | |
| Date / Time Occurred | | Date / Time Reported |
| 6/11/2018 10:00 to 6/11/2018 10:15 | | 6/11/2018 10:30 |

☐ Glasses

OTHER

REUTER                                      SGT-SAPD

SAN ANTONIO        Texas

☐ Student

SAN ANTONIO        Texas

☐ Glasses

AP1 = GUERRERO, DAWNETTE K
O1 = CASIANO, SAPD-SAFFE
O2 = OVALLE, SAPD-SAFFE
O3 = RODRIGUEZ, SAPD-ROP
O4 = REUTER, SGT-SAPD

I AM A DETECTIVE ASSIGNED TO THE SAN ANTONIO POLICE DEPARTMENT REPEAT OFFENDERS UNIT.

TODAY, 06-11/18, I RECEIVED INFORMATION THAT THE LISTED AP IS ACTIVE ON A FELONY WARRANT #1650510 OUT OF THE CM COURT OF BEXAR COUNTY FOR THE CRIMINAL CHARGE OF RETALIATION. THIS WARRANT IS A F3 WARRANT.

I ALSO RECEIVED INFORMATION THAT THE LISTED AP IS A RESIDENT OF THE LISTED ADDRESS AND IS NOT AT THE LISTED LOC AT THIS MOMENT BUT WILL BE RETURNING SHORTLY. INFORMATION REPORTED WAS THAT THE AP WOULD BE IN A RED CHEVY SPARK. AS THAT VEH TURNED ON TO THE BLOCK OF THE LISTED ADDRESS, THE O1 AND O2 MADE CONTACT WITH THE AP, WHO WAS A PASSENGER OF THAT VEH.

THE O1 CONFIRMED THE IDENTITY OF THE AP. AP WAS TAKEN IN TO CUSTODY FOR THE ACTIVE WARRANT. O3 SEARCHED THE AP AND THE AP WAS TRANSPORTED TO THE MAGISTRATES OFFICE FOR THE WARRANT CONFIRMATION AND BOOKING PROCESS.

O1 AND O2 ARE UNIFORMED PATROL OFFICERS OF THE SAN ANTONIO POLICE DEPARTMENT AND OPERATE MARKED PATROL VEHICLES.
I WORE MY DEPARTMENT ISSUED BALLISTIC VEST DEPARTMENT ISSUED FIREARM.
NO ROUNDS WERE FIRED DURING THIS INCIDENT.
NO INJURIES WERE REPORTED DURING THIS INCIDENT.
O3 DID MAKE THE SCENE.
AP WAS BOOKED WITHOUT INCIDENT.



**S** SAPD East Substation
Mobile 1 210-207-7781

↙ **Incoming call**
Monday, June 11, 2018, 10:18 AM
2 mins 4 secs

⊘ **Block number**

▣ **Copy number**

✎ **Edit number before call**

Call while I was @
Pretrial · Said ~~he~~ he
was from Internal Affairs
& wanted to meet w/ me.
~~It~~ was a lie - I was
Awarned by bunch of
Officers in front of my house
all pointing guns at
my daughter + I.



**State of Texas**

**County of Bexar**

**In the Magistrate Court**

**Number:**

**Affidavit for Arrest Warrant** 049768

---

The undersigned Affiant, Det. G. Silva #2473, being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath, makes the following statements and accusations:

- A victim in this case has been identified as Detective Gina Mendez #2015, date of birth ███████████, hereinafter referred to as the Victim.

- An actor in this case has been identified as Dawnette Kathleen Guerrero, date of birth ███████████, hereinafter referred to as the Defendant. Said Defendant is further identified in SAPD computer files under SID # 1101290

- It is the belief of your Affiant that the offense of
    Retaliation

was committed on or about the 7th day of June, 2018, In Bexar County, Texas.

- Your Affiant has probable cause for said belief by reason of the following facts:

    I was advised by Officer E. Guzman #1109 of an offense report being written in which the Victim's personal address and phone number were posted on the Defendant's Facebook and Nextdoor accounts. The Victim is a San Antonio Police Officer who the Defendant knows to be a San Antonio Police Officer as the Defendant has referred to the Victim by occupation and described the Victim's status and service as a San Antonio Police Officer on the Defendant's Facebook account. Detective Mendez sent the Defendant a certified demand letter advising the Defendant to remove and not disclose the officer's address or telephone number for reasons of safety which the Defendant received on June 4, 2018 at 1:37 PM. After reviewing the Defendant's Facebook posts, the Defendant removed the original post but entered additional posts with the Victim's name and address from the demand letter, one post with the caption "somebody wants their ass kicked".

- Your Affiant has reason to believe, and does believe, the said Defendant, Dawnette Kathleen Guerrero, on or about the 7th day of June, 2018, in Bexar County, Texas,

    Retaliated against Detective Gina Mendez #2015 by posting Detective Mendez's address on a publicly accessible website with intent to cause harm to a person the Defendant knows to be a public servant

in violation of Section # 36.06 of the Penal Code of the State of Texas.



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: 

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**State of Texas**

**County of Bexar**

**In the Magistrate Court**

**Number:** _____

# 049768

Therefore, your Affiant respectfully requests that a warrant be issued for the arrest of the Defendant, Dawnette Kathleen Guerrero, charging her    with the felony    criminal offense of

Retaliation

in violation of Section # 36.06 of the Penal Code of the State of Texas.

Respectfully Submitted,

Det. M.S. L. Anaya

Sworn to and subscribed before me in person

this 7 day of June 2018

hour of 816 pm

GR.4250-02-a
Rev.2011-6 02/10/11

Page 2

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

## Warrant of Arrest

State of Texas
vs.
**Dawnette Kathleen Guerrero**

In the Magistrate Court
Bexar County, Texas

Number: **049768**

To any Peace Officer of any Court within the State of Texas:

You are hereby commanded to take the body of: **Dawnette Kathleen Guerrero**

Last known address:   4407 Valleyfield Drive

Described as:



| | Hispanic | | 1101290 |
|---|---|---|---|
| | Female | | |
| | | | |

If the individual be found in your County, and the individual safely keep, so that you will have the individual before the Magistrate Court, Bexar County, Texas, to hold forthwith to answer to the State of Texas, wherein the individual is charged with the criminal offense of:



| | Retaliation | | |
|---|---|---|---|
| | 500430 | | June 7, 2018 |

| | San Antonio Police Department | | Det. G. Silva #2473 |
|---|---|---|---|
| | Homicide | | SAPD18112914 |

Herein fail not, but have you this writ before said Court with your return thereon, showing how you have executed the same.

Given under my hand and signature, at my office in Magistrate Court, Bexar County, Texas, this

7 day of June 2018



GR.4250-02-a
Rev.2011-6 02/10/11

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**Warrant of Arrest**

Warrant 0149768

Magistrate Court
Bexar County, Texas

**The State of Texas**
**vs.**
**Dawnette Kathleen Guerrero**

**November 16, 1962**

Came to my hand the _____ day
of _____ , _____ , by
arresting the within named
defendant and placing him in
the Bexar County Jail.

Sheriff
Bexar County, Texas

By: _____
                    Deputy

GR.4250-02-a
Rev.2011-6 02/10/11

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 09, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By: _____

DANIEL GONZALEZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**Exhibit 9**

**Defendant:** DAWNETTE KATHLEEN GUERRERO
**JN #:**     1852031-1

**DEFENDANT'S COPY**

**Address:** 4407 VALLEYFIELD DR, SAN ANTONIO, TX 78222-3718

**Complainant:**

**CoDefendants:**

**Offense Code/Charge:** 500430 - RETALIATION

| | | |
|---|---|---|
| **GJ:** 673981 | **PH Court:** 379 | **MAG NO:** |
| **Court #:** 379 | **SID #:**1101290 | **Cause #:** |
| **Witness:** State's Attorney | | |

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│   O'CLOCK_____ M           │
│                             │
│     MAR 1 8 2019            │
│   MARY ANGIE GARCIA         │
│     DISTRICT CLERK          │
│   BEXAR COUNTY, TEXAS       │
│                             │
│                    DEPUTY   │
└─────────────────────────────┘
```

**2019-CR-2690**

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empaneled and sworn as such at the March term, A.D., 2019, of the 137th Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

on or about the 7th day of June, 2019 DAWNETTE GUERRERO, with the intent to cause the threat of harm to GINA MENDEZ, hereafter styled the complainant, post on a publicly accessible website, namely Nextdoor, https://nextdoor.com/news_feed/?post=83073920, the residence address of the complainant, and the defendant knew the complainant was a public servant and the defendant's conduct was in retaliation for an on account of the service and status of GINA MENDEZ as a public servant.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**TIM COFFEY**

_____
Foreman of the Grand Jury

CERTIFIED COPY CERTIFICATE STATE OF TEXAS.
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY, WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE.

MAR 1 8 2019

By_____

DEPUTY

**TRUE BILL OF INDICTMENT**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly selected, empaneled and sworn as such at the March term, A.D., 2008, of the 187th Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County of Bexar and State of Texas, and anterior to the presentment of this indictment,

... ANNETTE GUERRERO, with the specific intent the threat of death to ...

BY AUTHORITY OF THE STATE.

***780  04-01-2019

Mary Angie G__ia
Bexar County District Clerk
101 W. Nueva Suite 217
San Antonio, TX 78205
Return Service Requested

PRESORTED
FIRST CLASS



U.S PO      GE >> PITNEY BOWES

ZIP 78205    $ 000.26⁸
02 4W
0000350844 MAR 28 2019

• OFFICIAL NOTICE •



2019CR2690

BELOW STYLED AND NUMBERED CAUSE
HAS BEEN SET FOR
TRIAL
ON APR  8, 2019 AT  9:00AM
THE 379TH JUDICIAL DISTRICT
COURT, ON THE 4TH FLOOR
BEXAR COUNTY JUSTICE CENTER,
ADDRESS BEING 300 DOLOROSA
STREET SAN ANTONIO, TEXAS.

RE: THE STATE OF TEXAS VS.
    GUERRERO, DAWNETTE KATHLE
CAUSE NO. 2019CR2690

GUERRERO, DAWNETTE KATHLEEN
4407 VALLEYFIELD
SAN ANTONIO TX 78222

78222

FILED
10/22/2020 12:10 AM
Mary Angle Garcia
Bexar County District Clerk
Accepted By: Nicole Flores



Exhibit 10

1

```
 1                  REPORTER'S RECORD
                   VOLUME 1 OF 1 VOLUME
 2
              TRIAL COURT CAUSE NO. 2019-CR-2690
 3

 4   THE STATE OF TEXAS        ) IN THE DISTRICT COURT
                               )
 5   VS.                       ) 379TH JUDICIAL DISTRICT
                               )
 6   DAWNETTE KATHLEEN GUERRERO ) BEXAR COUNTY, TEXAS

 7

 8

 9            ------------------------------

10              MOTION TO WITHDRAWAL

11            ------------------------------

12

13

14

15

16       On the 10th day of June, 2019, the following

17   proceedings came on to be heard in the above-entitled

18   and numbered cause before the Honorable Ron Rangel,

19   Judge presiding, held in San Antonio, Bexar County,

20   Texas;

21       Proceedings reported by machine shorthand.

22

23
```

24

25

2

1                    A P P E A R A N C E S

2   FOR THE STATE:

3        MR. SAMUEL D. LYLES
         SBOT: #24102122
4        Bexar County Criminal District
         Attorney's Office
5        101 W. Nueva
         San Antonio,Texas78204
6        Phone: (210) 335-2311
         Email: samuel.lyles@bexar.org
7

8   FOR THE DEFENDANT:

9        MR. SAUL R. ACEVEDO
         SBOT: #829915
10       Law Offices of Saul R. Acevedo
         1101 Buena Vista Street
11       San Antonio, Texas 78207-4311
         Phone: (210) 227-8008
12       Fax: (210) 208-9602
         Email:  sra2lawoffice@gmail.com
13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                        P R O C E E D I N G S

2                    (In Open Court @ 9:57 a.m.)

3                    THE COURT:  All right.  2019-CR-2690;

4  Dawnette Guerrero.

5                    THE BAILIFF:  Come on up.

6                    THE COURT:  Here for the State?

7                    THE STATE:  Samuel Lyles for the State,

8  Your Honor.

9                    THE COURT:  Defense?

10                    MR. ACEVEDO:  Saul Acevedo on behalf of

11  Ms. Guerrero.

12                    THE COURT:  Are you the same Dawnette

13  Guerrero that --

14                    THE DEFENDANT:  No.  No.  Wait.  Wait,

15  wait, wait.  You're not here -- you're not representing

16  me.

17                    THE COURT:  Hold on a second.  I'm

18  talking to you.  When I talk to you, you talk to me.

19  You don't talk to him.  Got it?  Yes, no?

```
20                 THE DEFENDANT:  Yes.

21                 THE COURT:  Okay.  Is your name Dawnette

22  Guerrero?

23                 THE DEFENDANT:  Dawnette Kathleen

24  Guerrero.

25                 THE COURT:  Is that a yes or no?
```

4

```
1                  THE DEFENDANT:  Yes.

2                  THE COURT:  All right.  Are you the same

3  person charged in this case with retaliation?

4                  THE DEFENDANT:  Yes.

5                  THE COURT:  Are you the same -- okay.

6                  There's a document here and I guess -- I

7  guess your attorney has indicated that you desire

8  somehow or another to release him.

9                  THE DEFENDANT:  I'm sorry, I can't hear

10  you.

11                 THE COURT:  Your attorn- -- are you --

12  are you hard of hearing?

13                 THE DEFENDANT:  Yeah.

14                 THE COURT:  Okay.  There's something you

15  can't hear you let me know, okay?

16                 THE DEFENDANT:  Nods head.

17                 THE COURT:  Your attorney has indicated
```

18  that you desire to release him as your counsel; is that

19  right?

20              THE DEFENDANT:  Yes, sir.

21              THE COURT:  I'm also holding up the

22  documents, I guess it's -- has it been filed in this --

23  in this court?

24              Judiciary court for the State of Texas,

25  in and for the County of Bexar, a Private For Profit

                                                          5

1   Governmental Services Corporation.  That's the title of

2   it.  I'm showing it to you --

3               THE DEFENDANT:  Yes, sir.

4               THE COURT:  I'm showing this to you now.

5   Did you file this?

6               THE DEFENDANT:  Yes, sir.

7               THE COURT:  Okay.  What's your intention

8   with filing this?

9               THE DEFENDANT:  What's my intention?

10              THE COURT:  What is your intention to

11  file this document that I'm holding before you?

12              THE DEFENDANT:  It -- it --

13              THE COURT:  It's pretty lengthy.

14              THE DEFENDANT:  Right.  It explains in

15  there because I've had -- been trying to fire

16   Mr. Acevedo because we don't communicate and things are

17   going on and he brought me this bill.  And, you know,

18   last -- when we were here and I had pleaded that I'm not

19   guilty, I wanted a jury trial, and for the video and

20   stuff and he hasn't gotten me anything.

21            I left him a stack of -- of paperwork.

22   And -- and --

23            THE COURT:  Was it like this?  You left

24   him a stack of paperwork like this --

25            THE DEFENDANT:  Well, of the letter and

                                                                    6

1    stuff that the officer had sent me and...

2            And I gave him the video as well, and he

3    did nothing with it for ten months, 11 months.  So I

4    went and picked it up.

5            Excuse me, my back is killing me.

6            MR. ACEVEDO:  Do you need a chair?

7            THE DEFENDANT:  If you don't mind.

8            MR. ACEVEDO:  Okay.

9            (Chair given to the defendant.)

10           THE DEFENDANT:  Thank you.  All right, I

11   have back problems.

12           THE COURT:  It's alright.  CC'd the U.S.

13   Army Provost Marshal General, the U.S. Commerce

14   Secretary, and the U.N. Secretary of Human Rights?

15                THE DEFENDANT:  Yes, sir.

16                THE COURT:  All right.  Counsel, anything

17   you want to say about this?

18                MR. ACEVEDO:  Judge, I haven't seen that

19   document.  I haven't been served with it.  But, yes,

20   she -- this case took almost a year to get indicted --

21                THE COURT:  Okay.

22                MR. ACEVEDO:  Okay.  And all along she

23   wanted her trial and wanted to confront her accusers,

24   and I said, Well, you're -- there's no case because you

25   haven't been indicted.

                                                          7


1                There's also a companion misdemeanor case

2   which she wanted a trial on that too.  And I tried

3   explaining to her that as long as this case, this felony

4   case, is pending nothing could happen on the misdemeanor

5   case.

6                At the time, Judge, I can't think of the

7   name of Judge 12, former Judge --

8                MR. LYLES:  Adami?

9                MR. ACEVEDO:  No.  Anyway, the Judge at

10   that time explained that to her.  So she finally

11   understood that, and I believe she got indicted in

12  April.  And we had one court date and she wanted her

13  trial that day and I explained to her how the system

14  worked.  That we weren't, probably not -- not even on

15  the court's radar for a trial.  So it got re-set again.

16  And here we are again today and...

17                 And she has expressed a desire that she

18  didn't want me as her lawyer.  I've been patient with

19  Ms. Guerrero, dealing with matters like this.  I don't

20  know what that is, but she also has a federal --

21                 THE COURT:  I'll show it to you.

22                 MR. ACEVEDO:  She also has a federal

23  lawsuit, Judge, that is somewhat tied to this felony

24  case in that it involves the same complainant.

25                 In my view, it's not relevant to this

                                                        8


1   case.  So that's the difficulty that we've been having.

2                  Her partner, who's here with her, last

3   court date, started making some pretty shroud comments

4   about judges here and other lawyers; how they were

5   crooked, and they were on the case.  And I didn't

6   appreciate that and I asked him to leave the room,

7   because he, you know -- he was describing some really

8   upstanding people here in this legal community and...

9                  THE BAILIFF:  Don't come up here unless

10  you're called --

11              MR. FODDRILL:  Yeah, exactly.

12              MR. ACEVEDO:  -- with no proof he started

13  making all these verbal accusations.

14              THE BAILIFF:  Go have a seat.

15              THE PARTNER:  He's talking about me as a

16  partner, so I can stand up here then.

17              MR. ACEVEDO:  So --

18              THE COURT:  He's causing a disruption.

19  Give -- give him another warning, if he doesn't leave

20  remove him from the courtroom.

21              THE DEFENDANT:  Mr. Acevedo, you're not

22  telling the truth.

23              MR. ACEVEDO:  That didn't happen the

24  other day?

25              THE DEFENDANT:  And that's why you're not

                                                        9


1  representing me because you're very curt when I try to

2  talk to you.  And you --

3              MR. ACEVEDO:  Anyway, Judge, he sent me a

4  letter.  I don't know if he filed it with the state bar

5  or not, several pages long.  So I had to deal with that.

6              At the end, I couldn't tell what he --

7  what the purpose of the letter was.  So I think it would

 8    be best, Judge, for me to -- or for her to terminate her

 9    relationship with me.

10                 THE COURT:  You're gonna -- you're gonna

11    hire somebody, ma'am?

12                 THE DEFENDANT:  I mean, no, sir.  It --

13    it explains it in here.

14                 If we could just re-set it and that way

15    I can get my file, and I can get the video, and then I

16    can give them the folder that I had had, that I picked

17    up from Mr. Acevedo in reference to all this.

18                 THE COURT:  Ma'am, your case is set for

19    trial.

20                 THE DEFENDANT:  And this -- excuse me?

21                 THE COURT:  Your case is set for trial.

22    Okay.

23                 THE DEFENDANT:  But if I'm terminating

24    him, I -- and I'm representing myself to the jurors, I

25    need time to prepare.

                                                          10

 1                 THE COURT:  Ma'am, I'm the one who

 2    terminates him, just so you know.  So should I appoint

 3    you somebody else?

 4                 THE DEFENDANT:  I --

 5                 THE COURT:  I am the one that terminates

6  him.  Just so you know.  All right?

7                    THE DEFENDANT:  Terminates...

8                    THE COURT:  This attorney from --

9                    THE DEFENDANT:  Okay.

10                   THE COURT:  -- representing you.

11                   THE DEFENDANT:  Uh-huh.

12                   THE COURT:  It doesn't work the way

13  you're thinking it works, okay?  So what I'm asking you

14  is do you want me to appoint somebody else to you?

15                   THE DEFENDANT:  No, sir.  I don't want an

16  attorney.

17                   THE COURT:  You want to represent

18  yourself?

19                   THE DEFENDANT:  Yes, sir.

20                   THE COURT:  You're going to be ready for

21  trial?

22                   THE DEFENDANT:  If you give me the date

23  to get my folder and my information --

24                   THE COURT:  I'll give --

25                   THE DEFENDANT:  I tried to get it last --

                                                         11


1  I tried to get it at the last hearing after I talked to

2  Mr. Henricks --

3                    THE COURT:  Have you ever had a jury

```
 4  trial before?

 5                    THE DEFENDANT:  Excuse me?

 6                    THE COURT:  Have you ever represented

 7  anybody before?

 8                    THE DEFENDANT:  No.

 9                    THE COURT:  How far did you get in

10  school?

11                    THE DEFENDANT:  How far did...

12                    THE COURT:  How far did you get in

13  school?

14                    THE DEFENDANT:  Oh, college.

15                    THE COURT:  Okay.  Here's the issue I

16  have.

17                    THE DEFENDANT:  Okay.

18                    THE COURT:  This is a code of criminal

19  procedure right here.

20                    THE DEFENDANT:  Yes, sir.

21                    THE COURT:  Based on that filing that you

22  filed --

23                    THE WITNESS:  Uh-huh.

24                    THE COURT:  -- you have a lot of reading

25  to do.  So start reading this book right now because
```

                                                          12

```
 1  when you represent yourself, you're going to be held to
```

2    the exact same standard as an attorney.  Do you

3    understand?

4                    THE DEFENDANT:  I understand.

5                    THE COURT:  Can I see that document.

6                    MR. ACEVEDO:  Here you go, Judge.

7                    THE COURT:  Because any lawyer that reads

8    this is going to think that you need to read that other

9    book over there.

10                   THE DEFENDANT:  What other book?

11                   THE COURT:  The Code of Criminal

12   Procedure --

13                   THE DEFENDANT:  Oh, the one you just

14   showed -- it's the one you just showed me?

15                   THE COURT:  Yeah, that's the code of

16   criminal procedure.

17                   THE DEFENDANT:  Yeah.  Yes, sir.

18                   THE COURT:  See this lady here, she's

19   taking a record.

20                   THE DEFENDANT:  Right.

21                   THE COURT:  Get used to talking like that

22   where when she's taking a record, we can't talk over

23   each -- we cannot talk over each other.  Okay?  She can

24   only get one voice at a time.  Okay?

25                   THE DEFENDANT:  Yes, sir.

                                                              13

```
 1                    THE COURT:  Make sense?

 2                    THE DEFENDANT:  Yes, sir.

 3                    THE COURT:  Okay.  I'm going to put you

 4  to trial.  You tell me how much time you need?

 5                    THE DEFENDANT:  At least -- I put in

 6  there 21 days.  At least, let me see -- 30, 60.

 7                    THE COURT:  Okay.  I'm going to --

 8                    THE DEFENDANT:  Just so I can get my file

 9  and...

10                    THE COURT:  I'm going to release this

11  attorney now.

12                    THE DEFENDANT:  Yes, sir.

13                    THE COURT:  You're going to get a court

14  date in the mail.  As soon as you get it, you come back

15  ready for trial.

16                    THE DEFENDANT:  Yes, sir.  I need my file

17  and I need the evidence and stuff that they have for the

18  trial.

19                    THE COURT:  Thank you, ma'am.

20                    THE DEFENDANT:  Okay.  Where would I get

21  that paperwork, Mr. Acevedo?

22                    THE COURT:  You can have a seat.

23                    THE DEFENDANT:  Okay.  Thank you.

24                         (End of Proceedings.)
```

25

14

1                    REPORTER'S CERTIFICATE

2   THE STATE OF TEXAS   )
    COUNTY OF BEXAR      )
3

4       I, Maria Gallegos, Substituting Deputy Court

5   Reporter in and for the 379th District Court of Bexar

6   County, State of Texas, do hereby certify that the above

7   and foregoing contains a true and correct transcription

8   of all portions of evidence and other proceedings

9   requested in writing by counsel for the parties to be

10  included in this volume of the Reporter's Record, in the

11  above-styled and numbered cause, all of which occurred

12  in open court or in chambers and were reported by me.

13      I further certify that this Reporter's Record of

14  the proceedings truly and correctly reflects the

15  exhibits, if any, admitted by the respective parties.

16      I further certify that the total cost for the

17  preparation of this Reporter's Record is $100.00 and was

18  paid by Mr. John Foddrill.

19      WITNESS MY OFFICIAL HAND this the 16th day of June,

20  2019.

21

22                  _____
                    Maria Gallegos, Texas CSR 6285

```
                                   Expiration Date:  12/31/2019
            23                     Deputy Court Reporter
                                   379th District Court
            24                     Bexar County, Texas
                                   San Antonio, Texas
            25                     Tel:  (210) 335-2911
```

**Exhibit 11**

## Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: SAPD-2019-0917604
Case Numbers:
Incident Date: 7/27/2019 21:09:52
Report Generated: 4/20/2021 09:08:15

**Incident Information**

| | | | | |
|---|---|---|---|---|
| Incident Type: | | Routine | Alarm Level: | |
| Priority: | | 07 | Problem: | Theft of Vehicle |
| Determinant: | | | Agency: | SAPD |
| Base Response#: | | | Jurisdiction: | SAPD |
| Confirmation#: | | | Division: | EAST |
| Taken By: | | OLIVAREZ, MARIANA V | Battalion: | EAST |
| Response Area: | | 4250 | Response Plan: | 4250 Routine |
| Disposition: | | N13-Disturbance/Miscellaneous | Command Ch: | |
| Cancel Reason: | | | Primary TAC: | |
| Incident Status: | | Closed | Secondary TAC: | |
| Certification: | | | Delay Reason (if any): | |
| Longitude: | | 98408040 | Latitude: | 29376138 |

**Incident Location**

| | | | | |
|---|---|---|---|---|
| Location Name: | | | County: | BEXAR |
| Address: | | 4407 Valleyfield Dr | Location Type: | |
| Apartment: | | | Cross Street: | TEE ST/ROLAND AVE |
| Building: | | | Map Reference: | 652D4 |
| City, State, Zip: | | SAN ANTONIO TX 78222 | | |

**Supplemental Information - Vehicle**

VEHICLE 1
License: ▆ - ▆ - Passenger Car    Plate Year: ▆

**Call Receipt**

| | | | |
|---|---|---|---|
| Caller Name: | GUERRERO, TRAVINO CASSANDRA | | |
| Method Received: | E911 | Call Back Phone: | ▆ |
| Caller Type: | Yes | Caller Location: | ▆ |
| Caller Address: | | Caller Location Phone: | |
| Caller Building: | | Caller Apartment: | |
| Caller City, State, Zip: | | Caller County: | |

**Time Stamps**

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 7/27/2019 | 21:05:50 | | Received to In Queue | 00:00:02 |
| 1st Key Stroke | 7/27/2019 | 21:05:50 | | Call Taking | 00:00:03 |
| In Waiting Queue | 7/27/2019 | 21:05:54 | | In Queue to 1st Assign | 00:00:33 |
| Call Taking Complete | 7/27/2019 | 21:05:55 | OLIVAREZ, MARIANA V | Call Received to 1st Assign | 00:01:37 |
| 1st Unit Assigned | 7/27/2019 | 21:07:27 | | Assigned to 1st Enroute | 00:00:00 |
| 1st Unit Enroute | 7/27/2019 | 21:08:37 | | Enroute to 1st Arrived | 00:01:10 |
| 1st Unit Arrived | 7/27/2019 | 21:12:28 | | Incident Duration | 00:03:51 |
| Closed | 7/27/2019 | 21:32:29 | VisiNetMobileInterface | | 00:26:39 |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4251T | Y | 21:07:27 | N13-Disturbance/Miscellaneous | 21:08:37 | | 21:12:28 | | | 21:32:24 | | | |
| 4261T | N | 21:11:42 | | | | 21:16:51 | | | 21:32:29 | | | |

**Personnel Assigned**

| Unit | Name |
|---|---|
| 4251T | DUFFY, HARLAN (0063) ▆ |
| 4261T | RAMIREZ, REUBEN M (1457) ▆ |

**Caution Notes**
No Caution Notes found

**Pre-Scheduled Information**
No Pre-Scheduled Information

**Transports**
No Transports Information

**Transport Legs**
No Transports Information

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 7/27/2019 | 21:09:57 | Automatic by System | Response | | ▆ |
| 7/27/2019 | 21:08:55 | | Response | | THEFT OF VEH... RED CHEVY SPARK... T/L UNK... C JUST GOT BACK AND VEH WAS GONE |
| 7/27/2019 | 21:27:49 | DUFFY, HARLAN | Response | | O1-Cassandra, Travino-Guerrero DOB ▆ |
| 7/27/2019 | 21:28:02 | RAMIREZ, REUBEN M | Response | Y | cover, coban/dme |
| 7/27/2019 | 21:30:42 | DUFFY, HARLAN | Response | | O1 is watching the house for her mother. O1 stated she left this morning and the mothers car was in the driveway. When O1 returned the vehicle was gone. O1 does not know who took the vehicle or may have taken it. I told O1 that the owner of the vehicle which is her mother has to be the one to report the vehicle stolen. O1 understood what I told her. This is the vehicle information provided to me by O1. |
| 7/27/2019 | 21:31:21 | DUFFY, HARLAN | Response | | LIC: ▆ OLD # -NONE- N/A EWT 2300 GWT 2300 DISABLED PERSON PLT, STKR REG CLASS 02 $ 168.00 BEXAR CNTY TITLE ▆ ISSUED ▆ ODOMETER 10 REG DT 07/27/2018 2018,CHEVY,SPA ▆ PASS,COLOR: RED, PRICE $ 12995.00 PREV OWN DOMINGO VARA CHEVROLET,SAN ANTONIO,TX BWC/Coban |
| 7/27/2019 | 21:31:31 | DUFFY, HARLAN | Response | | ** THIS CALL HAS BEEN GIVEN A DISPOSITION BY THE HANDLING OFFICER ** |
| 7/27/2019 | 21:32:25 | 4251T | Response | | |

**Address Changes**
No Address Changes

**Priority Changes**
No Priority Changes

**Alarm Level Changes**
No Alarm Level Changes



**EXHIBIT 12**

POLICE REPORT

# San Antonio
# Police Department

| | | |
|---|---|---|
| Offense Case # SAPD19181318 | Incident Type POLICE REPORT | CFS Number SAPD-2019-1048023 |
| Primary Offense WANTED PERSON | | Page 1 of 4 |
| Date / Time Occurred 8/24/2019 13:00:00 to 8/24/2019 13:18:00 | | Date / Time Reported 8/24/2019 13:19:00 |

| Arrested Suspects 1 | Additional Suspects | Unknown Suspects | Victims | Other Persons 2 | Vehicles | Items | Evidence Count | Leoka Count | Related Case # |
|---|---|---|---|---|---|---|---|---|---|

| ☐ Arson Related | Arson Code | | Damage Value | | | Type | | | |
|---|---|---|---|---|---|---|---|---|---|

☐ Hate Crime

| Type of Search Incident To Arrest | Cleared by Exception | Exceptional Clearance Date | Clandestine Labs |
|---|---|---|---|

Situation Found
**Wanted Person**

Location Given By Dispatcher
**4407 VALLEYFIELD DR**

Cargo Theft
**NO**

## Elements of the Incident

☐ Video  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available  ☐ Video Surveillance Received

Street Address
**4407 VALLEYFIELD DR**

| City SAN ANTONIO | State Texas | Zip 78222 | County | Unit No. |
|---|---|---|---|---|
| Floor No. | District 4250 | | | Building No. |

| ☐ Notified Detective | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |

☐ Notified Crisis Response Team   Crisis Response Name

| ☐ Priority Notification | Priority Name FEGHHI #9796, EAST SERVICE AGENT | | |
|---|---|---|---|

☐ Notified Victim   Explanation

| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |
|---|---|---|---|

☐ BOLO

| Reporting Officer HERGERT, CHRISTOPHER | Employee Number |
|---|---|
| Badge # 0329 | Assignment Patrol Division |

| ☑ Primary Offense | Offense Code WANTED PERSON | |
|---|---|---|
| Offense Code Value 000056 | Severity | |
| Attempted/Completed | Premise Type Residence/Home | Circumstances |
| Bias 1 | Weapon UNARMED | Weapon Brand |
| Weapon Model | Weapon Color | Offender Using 1 |
| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
| Strategic Initiative 1 NONE | Strategic Initiative 2 NONE | Strategic Initiative 3 NONE |
| Entry Method | | # Premise Entered |
| Gang Activity | | |
| Gang Type #1 | Gang Name #1 | |
| Gang Type #2 | Gang Name #2 | |

POLICE REPORT

# San Antonio
# Police Department

| Offense Case # SAPD19181316 | Incident Type POLICE REPORT | CFS Number SAPD-2019-1046023 |
|---|---|---|
| Primary Offense WANTED PERSON | | Page 2 of 4 |
| Date / Time Occurred 8/24/2019 13:00:00 to 8/24/2019 13:18:00 | | Date / Time Reported 8/24/2019 13:19:00 |

**Known** ☑  **Unknown** ☐  **Arrested** ☑

Name (Last, First Middle)
**GUERRERO, DAWNETTE K**

| Suffix | Nickname | Race WHITE | Sex Female | SSN | Date of Birth | Age 56 | Age Range to | Age At Time Of Incident 56 |

| Height 5'06" | Weight 165 | Driver's License # | DL State Texas | Local ID | | SID |
| FBI # | | SBI # | | | | SID |

| Ethnicity Hispanic | Marital Status | Demeanor | Place of Birth SAN ANTONIO | Citizenship |

| Hair Color Black | Hair Length Shoulder | Glasses | Eye Color Brown | Build Medium |
| Facial Hair None | Facial Hair Color | Voice LOUD | Complexion Medium | Hand Preference |
| Preferred | Home Phone | Cell Phone | Email Address |

Street Address

| City | State | Zip |

☐ Student  Employer / School  Occupation

Street Address

| City | State | Zip | Work Phone | Hours of Employment |
| Shirt | Jacket | | | |
| Pants | Shoes | Hat | | |

Clothing Description

Additional Description

| Traffic Stop  Yes ☐  No ☑ | Was Suspect Driving Car  Yes ☐  No ☑ | Race Known Prior to Stop  Yes ☐  No ☐ | Reason for Stop |
| Location of Stop | Contraband or Evidence | Race WHITE | Ethnicity Hispanic |

**WANTED PERSON**                                    ☑ Associated With Suspect

| Arrested As ☑ Adult ☐ Juvenile | Arrest Number | Arrest Action Warrant | Disposition Booked - Adult |
| Arrest Date/Time 8/24/2019 00:00 | Booking District | Arrested on Scene ☑ | |

Street Address
**4407 VALLEYFIELD DR**

| City SAN ANTONIO | State Texas | Zip 78222 | Building No. | Floor No. | Unit No. |

| Test Given | Test Date/Time | Test Results | Test Administered By |
| Test Given | Test Date/Time | Test Results | Test Administered By |

| Arresting Officer HERGERT,CHRISTOPHER 0329 | Transporting Officer HERGERT,CHRISTOPHER 0329 | Transported Date/Time 08/24/2019 14:38 |
| Weapon 1 Unarmed | Automatic Weapon 1 | Multiple Clearance Not Applicable |
| Warrant Number 1700508 | Warrant Signed By | |

☐ Amphetamine  ☐ Cocaine  ☐ Heroin  ☐ Methamphetamine  ☐ Synthetic Narcotic
☐ Barbiturate  ☐ Hallucinogen  ☐ Marijuana  ☐ Opium  ☐ Unknown

POLICE REPORT

## San Antonio
## Police Department

| | |
|---|---|
| Offense Case # SAPD19161316 | Incident Type POLICE REPORT |
| Primary Offense WANTED PERSON | |
| Date / Time Occurred 8/24/2019 13:00:00 to 8/24/2019 13:18:00 | |

| CFS Number SAPD-2019-1046023 |
|---|
| Page 3 of 4 |
| Date / Time Reported 8/24/2019 13:19:00 |

Charge
WANTED PERSON

| Counts | Bail | Penal Code | ☐ Felony ☐ Misdemeanor |
|---|---|---|---|
| 1 | | | |

AP1 was found to have active felony warrant.

Warrant #1700508
F3: Retaliation

Person Type
OTHER

Name (Last, First Middle)

| Suffix | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|

| Height | Weight | Driver's License # | DL State | FBI # | SBI # | | |

| Place of Birth | Citizenship | Ethnicity | Marital Status |
|---|---|---|---|
| | | Hispanic | |

| Hair Color | Hair Length | Glasses | Eye Color | Demeanor |
|---|---|---|---|---|

| Build | Facial Hair | Voice | Complexion | Resident |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|

Street Address

| City | State | Zip |
|---|---|---|

| ☐ Student | Employer / School | Occupation |
|---|---|---|

Street Address

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

Person Type

Name (Last, First Middle)

| Suffix | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|
| | | | | | | | to |

| Height | Weight | Driver's License # | DL State | FBI # | SBI # | | |

| Place of Birth | Citizenship | Ethnicity | Marital Status |
|---|---|---|---|

| Hair Color | Hair Length | Glasses | Eye Color | Demeanor |
|---|---|---|---|---|

| Build | Facial Hair | Voice | Complexion | Resident |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|

Street Address

| City | State | Zip |
|---|---|---|

LICE REPORT



## San Antonio
## Police Department

| Offense Case #<br>SAPD19181318 | Incident Type<br>POLICE REPORT | CFS Number<br>SAPD-2019-1048023 | |
|---|---|---|---|
| Primary Offense<br>WANTED PERSON | | Page  4    of  4 | |
| Date / Time Occurred<br>8/24/2019 13:00:00   to   8/24/2019 13:18:00 | | Date / Time Reported<br>8/24/2019 13:19:00 | |

| ☐ Student | Employer / School | | Occupation | | |
|---|---|---|---|---|---|
| Street Address | | | | | |
| City | State<br>Texas | Zip | Work Phone | | Hours of Employment |

**Narrative Legend**

PN = FEGHHI #9796, EAST SERVICE AGENT
AP1 = GUERRERO, DAWNETTE K

**Narrative Information**

I was dispatched to the listed location because AP1 wanted to make a theft of vehicle report. Upon my arrival I gathered vehicle information from AP1 and then contacted PN for a repo/relo check. PN advised me that the vehicle was repossessed on 7/27/2019. I then verified AP1's personal information and discovered that she had an active felony warrant.

At this time I approached the front door of the listed residence and advised AP1 that her vehicle was not stolen because it had been repossessed. I then advised AP1 that she had an active warrant. AP1, who was inside of the residence, attempted to close the front door while I was outside of the home. I pressed the door open and entered the residence while I instructed AP1 to turn around and place both of her arms behind her back. I then reached out for AP1's wrists as I continued to give her verbal commands to turn around and place her arms behind her back. AP1 refused to follow my verbal commands and raised her hands near her chest. At this time I placed AP1 on her stomach on the living room floor in order to gain control of AP1's body and arms. AP1 was given more verbal commands to place her arms behind her back and she continued to disobey. AP1 rolled onto her side and then attempted to sit up while placing her hands on my duty belt, near my tazer. AP1 also grabbed onto my wrists in an attempt to keep me from placing her in handcuffs. I continued to instruct AP1 that she was under arrest for an active felony warrant and that she needed to stop resisting. I advised AP1 to follow my instructions but she continued to not comply in any manner. I then rolled AP1 onto her stomach near the front door and placed her left arm behind her back. AP1 then tucked her right arm underneath her and refused to place it behind her back when told to do so. AP1 also tightened her right arm and physically resisted any effort to place her arm behind her back. Officer Pedraza #1097 then arrived and assisted in placing AP1 in handcuffs.

AP1 was then walked to my patrol car where she was searched by Sgt. Morris #3376. Once the search was completed, AP1 was placed in the backseat of my patrol car. EMS was requested to the location because AP1 stated that she had trouble breathing. Once EMS concluded that AP1's vitals were safe, I transported AP1 to 200 N. Comal where she was booked for the active warrant.

Officer Pedraza remained on scene and made arrangements for J1. J1's mother, O1, arrived on scene and took possession of J1. Officer Pedraza also contacted Child Protective Services due to an ongoing investigation and advised Javier #5020 that O1 was arrested while J1 was in her care.
CPS ref# 372623369.
Coban and DME available.

Exhibit 18

Filed
Bexar County District Clerk
Mary Angie Garcia
Accepted: Gilbert Campos
11:00 am, Apr 21, 2020

Case Number: 2019CR3560                Document Type: Cause

FILED
6/17/2019 5:32 PM
Mary Angle Garcia
Bexar County District Clerk
Accepted By: Larry Botello

NO. 2019CR2690

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 379TH JUDICIAL DISTRICT |
| DAWNETTE KATHLEEN GUERRERO | § | BEXAR COUNTY, TEXAS |

## MOTION FOR COMPETENCY AND SANITY EVALUATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOE GONZALES, Criminal District Attorney of Bexar County, Texas by and through the undersigned Assistant Criminal District Attorney, and files this Motion for Psychological Examination, and respectfully moves this Honorable Court pursuant to Article 46B and Article 46C of the Texas Code of Criminal Procedure and also pursuant to decisions of the Texas Court of Criminal Appeals in Livingston vs. State, 542 S.W.2d 655, to appoint a disinterested, qualified Psychologist, to examine the defendant with regard to her present competency to stand trial, legal sanity at the time of the commission of the offense, and also with regard to the defendant's propensity for violence and dangerousness in the future as well as the likelihood of the defendant to commit future acts of violence.

Further, the State moves that this Court order the Sheriff of Bexar County, Texas, to produce the body of said defendant at a time and location convenient to said appointed Psychologist so that he may be examined pursuant to this order and evaluated.

WHEREFORE, PREMISES CONSIDERED, the State prays that the Court grant this Motion for Psychological Examination.

Respectfully submitted,

/s/ Samuel Lyles
Samuel Lyles
Assistant Criminal District Attorney
Bexar County, Texas
Cadena-Reeves Justice Center
300 Dolorosa
San Antonio, Texas 78205-3030
Phone No. 210-335-1557
State Bar No. 24102122

## CERTIFICATE OF SERVICE

I, Samuel Lyles, Assistant Criminal District Attorney, Bexar County, Texas, do hereby certify that a true copy of the Motion for Psychological Examination was delivered through the State Approved E-File system to James Oltersdorf, attorney of record for the Defendant, DAWNETTE KATHLEEN GUERRERO, on June 17, 2019.

/s/ Samuel Lyles
Samuel Lyles

Case Number: 2019CR2960                    Document Type: CAPIAS

NO. 2019CR2690

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 379TH JUDICIAL DISTRICT |
| DAWNETTE KATHLEEN GUERRERO | § | BEXAR COUNTY, TEXAS |

## ORDER

On this date, the above Motion for Psychological Examination was presented to the Court, and having considered said Motion, this Court appoints _____ to examine DAWNETTE KATHLEEN GUERRERO, and the Court hereby orders the Sheriff of Bexar County, Texas to produce the body of said DAWNETTE KATHLEEN GUERRERO at a time and place convenient to said _____ for examination and evaluation.

SIGNED and ENTERED on this the _____ day of _____, 2019

_____
Judge Presiding
379th Judicial District Court
Bexar County, Texas

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*March 09, 2021*

**MARY ANGIE GARCIA,**
**BEXAR COUNTY, TEXAS**

By:

DAMIAN AVINA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**EXHIBIT 14**

```
      UPDATE COMPLETED
 N   ****                       Case Inquiry Page (B1-Pag            *    *Action Code: _
selection: JDG   Qualifier: RESET TO 9-09-2019 @9AM_____
Trn: 9201648847  Sfx: A001                                    061120191053 CC7C 35981
  JN   CNC  Juris  *Court   Case Nbr    Loc   Defendant's Name
1850878  1    YES  _ CC12  575667_____  BND   GUERRERO , DAWNETTE
       Assignment Nbrs: BCSO: _____            SID: 1101290    Suff: 02
COMPLAINT Date: 05 12 2018 : SAPD: 2018117354      R: L  S: F  DOB: _____
*Code    *Description       :Other: _____   *Stat Code      Date        Nbr
131603  TERR THREAT-PUB PLACE/PUB SERV  G Jury: _ FLD      06 05 2018
State Off Code:       GOC:            Prosecutor Action: _  *ORI: TX015025A
Off Date: 05 12 2018 Type: MA  R/H: _  *Warrant: _ RET 0800 06 06 2018 1647925
Reduce Off: _  *Special Crime Code: ___  Summons: _ ___ __ ____ __ ____
            Date  *St              War Agcy/Case: TXSPD0000
Arrgn: _ 06 26 2018 S  Ph-Crt  Custody  06 05 2018 B20182665101
Hrng: _ 09 09 2019 N  ___ Mag Court: CM  049078_____  Mag Date: 06 05 2018
Trial: _ __ __ ____  Track: _  Release: 0204 06 05 2018 REL'D ON BOND
Sent: _ __ __ ____    Bnd Org: _  *Bond: _ MAD 06 05 2018 2500.00___ 1778816
  *Case St: _ 0151 09 09 2019 AWTG HEARING_____  *Court ORI: TX015213J
  *Disp St: _ __ __ ____ _____             Yr  Mo  Dy
*Sent/Jdgt: _ __ __ ____                   Term: __ __ __
Strt Date: __ __ ____  End Date: __ __ ____    *Credit: __ __ __
Deadly Weapon: _             Last Updated 06 11 2019 1053 CC7C 35981
  KJMPCIB1  Help = <PF1>   Schd = <PF6>                      KJCIDB1
```

*The Jail did not take me to Court*

## COUNTY COURT AT LAW NO. 12

### **** NO OTHER REMINDER WILL BE SENT ****

** FAILURE TO APPEAR WILL RESULT IN A WARRANT OF ARREST TO BE ISSUED BY THE COURT **

## CASE SETTING FORM

NOTICE OF ABOVE SETTING IS ACKNOWLEDGE, THIS __11__ DAY OF __June__, 2019.

TIME:  9:00 A.M.          ~~2:00PM~~

| | |
|---|---|
| _____ | _____ |
| **DEFENDANT** | **DEFENDANT PHONE NUMBER** |
| _____ | *Herman L. Booker* |
| **ATTORNEY FOR DEFENDANT** | **COURT COORDINATOR** |
| _____ | _____ |
| **ATTORNEY NAME (PLEASE PRINT)** | **ADULT PROBATION OFFICER** |
| _____ | _____ |
| **BAR NUMBER** | **DEPUTY COUNTY CLERK** |
| _____ | _____ |
| **ATTORNEY PHONE NUMBER** | **ATTORNEY FOR STATE** |

Exhibit 15

| MRN: ████████ | ALONZO, DAWNETTE K | UNIVERSITY HEALTH |
|---|---|---|
| Visit: 152125903 | Gender: Female | SYSTEM |
| Age: 57y ███████████ | | Current Location: JA-BX |
| | | ANNEX F 2B (J475) |

- **Potential needs after release**   Counseling  Mental Health
  from jail

**Summary:**
- **Summary**

PT is a 56 year old HF. PT was referred to Mental Health by Unit officer Rocha due to "bizarre behavior and thoughts of everyone trying to keep her going to court today.." Upon PT's entrance into MH, PT reported, "I don't have any mental health problems! WHY am I here?.." PT denied formal mental dx ███████████████████████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████)." PT denied substance use hx. PT denies hx of suicide attempts or ideations and denies current SI/HI with NAD.

PT appeared appropriately dressed, alert, illogical, and suspicious, and oriented x2. PT presented grandiose in thought, very suspicious of mental health counselor, and still could not understand why she was speaking to mental. Due to current presentation has been to the Psych provider for an evaluation. PT is awaiting a Psych evaluation through the courts. .

Sick call process explained. MH services made available. PT acknowledged and agreed to notify the Unit officer if feeling suicidal.
Due to current presentation, PT suggested to classification PT to be housed SMH as least restrictive.
Housing Memo submitted to classification and Cpl Garcia notified. Follow-up as needed/requested.
**\*\*PT REFERRED TO PSYCH PROVIDER\*\***

**Electronic Signatures:**
**Brock, KanDace L (LMSW)**  (Signed Sep-09-2019 09:56)
    *Authored: Jail Location, Referral Source, Identification/Emergency Contact, History of Mental Illness, Developmental Disabilities, Substance Abuse History/Current Use, History of Sex Offenses or Victimization, Head Trauma/ Seizure, Education, Living Situation, Emotional Response to Incarceration, Suicide Risk, Criminal History, Current Legal Status, Mental Status Exam, Goals, Assessment, Income/Employment, Plan, Summary*

*Last Updated: Sep-09-2019 09:56 by Brock, KanDace L (LMSW)*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DHCS Psych Initial Note (SD) [Charted Location: JA-BX ANNEX M3A (J448)] [Date of Service: Sep-11-2019 11:08, Authored: Sep-11-2019 11:08]**- for Visit: 152125903. *Complete, Revised, Signed in Full, General*

**History of Present Illness:**
**HPI:**
I have read the QMHP's Initial Mental Health Assessment and examined the patient..

**Exhibit 16**

## The Edge Exchange

| | | | |
|---|---|---|---|
| **Resident:**<br>DAWNETTE<br>GUERRERO<br>(1101290) | **Location:**<br>2B08 | **Subject:**<br>Admin investigate | **Topic:**<br>Grievance |
| **Assigned:** | **Flag:**<br>Day 1 | **Ref #:**<br>8952573 | **Status:**<br>Replied |

**DAWNETTE GUERRERO (1101290)** - 12/12/2019 7:18:24 PM

Per 2nd Sgt Hendricks at main jail, the staff on 2b is the one responsible for not getting me to court on 12/11/19. I want the name of the Bexar County Employees who are responsible for Violating my CONSTITUTIONAL RIGHTS THIS IS FEDERAL OFFENSE

**GRIEVANCE OFC. E. BASALDUA** - 12/13/2019 8:13:19 AM

Grievance received. Response to be provided upon completion of an investigation. Note, TCJS allows up to 60 days for a response from the date received.

**GRIEVANCE SUPERVISOR Sgt. R. DeLosSantos** - 1/9/2020 4:28:15 PM

Case 19-3867 initially you were scheduled to appear in Court, however due to unforeseen circumstances, your case was scheduled to be reset. Contact the Court or Attorney for further information. Note, Detention Officers are not authorized to deny access to Court without notifying the Judge for proper approval.

SgRDj4590

1/9/2020

1/9/2020





# COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

# Case #2019CR2690

**Mag Case Number:** CM049768

**Name:** DAWNETTE KATHLEEN GUERRERO

**SID:** 1101290

**Judicial Number:** 1852031

**Case Status Date:** 12/11/2019

**Case Status:** AWTG TRIAL

**Court :** D379

**Location :** JAL

**Fine Amount :** 0.00

**Court Costs :** 0.00

**Sentence :** 0000000000

**Disposition Date :** N/A

**Disposition Status :**

**Offense Date :** 6/7/2018

**Offense Description :** RETALIATION

**Judgment Date :** N/A

**Judgment :**

**Attorney Name :**

**LDC :** OLTERSDORF, JAMES CLAYTON

**DC 2 :**

**DC 3 :**

**MTR :**

# Case Events

*Currently viewing 1 through 20 of 00146 records*

| Date | Description |
|------|-------------|
| 12/11/2019 | TRIAL DATE SET |
| 12/11/2019 | AWTG TRIAL |
| 12/9/2019 | ATTY NOTICE EMAIL FOR SETTING 12112019 |
| 12/3/2019 | MF EVIDENCE FAVRBL TO DEF-PROSE |
| 11/5/2019 | DC FILE REC IN CRT D379 |
| 10/31/2019 | REFERRED TO CLM COMP/SNTY DSP 10:15 |
| 10/31/2019 | CASE HANDLD M.A.C. COMP/SNTY DISP HRD |
| 10/31/2019 | FOUND COMPETENT |
| 10/31/2019 | ATTY RCVD SAN EVAL |
| 10/31/2019 | REF BK DC TRL SET 379TH |
| 10/31/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 10/31/2019 | COURT REPORTER ROXIE PENA |
| 10/31/2019 | OUTTAKE DA 24037852 |
| 10/31/2019 | ASST DA SALLY UNCAPHER |
| 10/31/2019 | DC FILE FORWARD TO 379TH |
| 10/25/2019 | MAG RCD COMP EV FR DR.SKOP(HARDCOPY) |
| 10/25/2019 | MAG RCD SNTY EV FR DR.SKOP(HARDCOPY) |
| 10/8/2019 | REFERRED TO CLM MT SET BOND |
| 10/8/2019 | MAG RCD COMP EV FR DR. SKOP(EMAIL) |
| 10/8/2019 | MAG RCVD SANITY EVAL FRM DR.SKOP |

 Exhibit 18

**Alison Hom**

| | |
|---|---|
| **From:** | noreply@civicplus.com |
| **Sent:** | Tuesday, November 19, 2019 12:08 PM |
| **To:** | Alison Hom |
| **Subject:** | Online Form Submittal: Prison Rape Elimination Act (PREA) Third Party Reporting Form |

## Prison Rape Elimination Act (PREA) Third Party Reporting Form

**Prison Rape Elimination Act (PREA) Third Party Reporting**
*The Bexar County Sheriff's Office (BCSO) has zero tolerance for all forms of sexual abuse and/or sexual harassment within Bexar County Adult Detention Bureau facilities. The BCSO will immediately respond to allegations, fully investigate reported alleged incidents, pursue disciplinary action based upon the outcome of the investigations and in accordance with the PREA standards, and refer for prosecution those who perpetrate prohibited conduct.*

| | |
|---|---|
| Name(s) of Inmate(s) (Victim(s)): | Dawnette Guerrero |
| Inmate(s) (Victim(s)) SID: | 1101290 |
| Name(s) of Alleged Perpetrator(s): | Stephine Nansfield |
| Name(s) of Witness(es): | Alexandra De Cee, Pod Guard Crawford |
| Date and Time of Incident: | 11/19/2019 12:00 PM |
| Did the incident occur inside the Jail? | Yes |
| Location of Where the Incident Occurred: | Coridor of Pod |
| Any Additional Relevant Information: | Ms. Guerrero stated that guard Mansfield under the guise of a search "grouped" her breast and continues to fondle the breast. After Ms. Guerrero reported the assault, she was called forward by Sgt. Ambric who stated that they can do whatever to her and touch her wherever they want because she is in jail. |
| Your Name and Contact Information (Optional): | *Field not completed.* |

1

11/30/21, 10:19 AM
000149 ~ Salesforce - Enterprise Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## 000149

---

### Call Information

| | | | |
|---|---|---|---|
| **Call Date** | 11/19/2019 | **Type of Caller** | New Caller |
| **Operator** | Jamie Kopplinger | **Category of Need** | Case Management and Referrals |

### Client Information

| | | | |
|---|---|---|---|
| **First Name** | Dawnette | **Gender** | Female |
| **Last Name** | Guerrero | **Gender Other** | |
| **Age** | 57 | **Race/Ethnicity** | Hispanic |
| **Estimated** | | **Race/Ethnicity Other** | |

### Other Demographics

| | | | |
|---|---|---|---|
| **Limited English Proficiency** | No | **Immigrant/Refugee/Asylum Seeker** | No |
| **Preferred Language** | English | **Physical/Mental Disability** | No |
| **Language Other** | | **Resides in Rural Area** | No |

### Facility Information

| | | | |
|---|---|---|---|
| **Facility Name** | Bexar County Jail | **Type of Facility** | County Jail |
| **Facility Other** | | | |

### Victimization

| | |
|---|---|
| **Type of Victimization** | Sexual Harassment |
| **Location of Victimization** | Inside facility |
| **Offender's Relationship to Survivor** | Corrections Officer (Acq) |
| **Relationship Other** | |

### PREA Reporting

| | |
|---|---|
| **Client Reported?** | Spoke with staff member; Called reporting hotline |
| **Report(s) Submitted by RCC Staff?** | Third party report |

### Call Description

| | |
|---|---|
| **Summary** | Ms. Guerrero stated that Guard Stephanie Mansfield under the guise of a search "groped" Ms. Guerrero's breast and fondled her breast. After reporting to the PREA hotline Ms. Guerrero called to report the incident. Sgt. Armbric called her forward and told her that they |

(guards) can do whatever to her and
touch her wherever they want because
she is in jail.

**Crisis Intervention**     

**Created By**     Hotline Staff 1, 12/7/2019 1:07 PM

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.

# Client Information

| | | | |
|---|---|---|---|
| Pseudonym | Bexar County Jail | Veteran Status | No Military Status |
| **First Name** | Dawnette | Primary Language Spoken | The Rape Crisis Center |
| **Middle Name** | | Primary Language Other | |
| **Last Name** | Guerrero PREA | | |
| | | Partially/Not Served | |
| Preferred Name | | Reason | |
| Previous Last Name | | Other Reason | |
| Date of Birth | ▆▆▆▆▆ ☐ Refused/Unk | | |
| Estimated Age | 59 ☐ Estimated | Client ID | 142564 |
| | | ID/ITS Number/Alice ID | |
| **Address** | 4407 Valleyfield Dr, San Antonio, TX, United States, 78222 | Client File Number | 24767 |
| Geographic Location | | | |
| Primary Phone Number | 210-306-6437 | **Highest Education** | |
| Intake Date | 11/19/2019 12:00:00 AM | | |
| | | TANF/SSBG Eligible | |
| **Race** | Unknown | TANF/SSBG Date | |
| Other Race | | | |
| **Ethnicity** | Hispanic/Latino | Friends/Family with Client | 0 |
| **Gender** | Female | Hours spent with Friends/Family | 0 |
| | | OAG hours spent with Client | 0.50 |
| Survivor Identified Disability | | | |
| | ☐ Limited English Proficiency | | |
| | ☐ Discuss Asylee, Immigration, Ref | | |

## Employment, Income, Family Info

| | | Current or Previous CPS/APS Involvement | |
|---|---|---|---|
| Referral Source | | Child | ☐ Yes |
| Employment Status | | | ☐ No |
| Primary Income Source | | | |
| Individual Income | $0.00 | | |
| | ☐ Head of Household | | |
| Household Size | 1 | Adult | ☐ Yes |
| Household Income | 0.0000 | | ☐ No |

## Victimization Information

| | | | |
|---|---|---|---|
| Victimization Date | 11/19/2019 ☐ Approx. | **CJD** | |
| Intake Date | | Survivors relationship to Offender | |
| Offender | Mansfield, Stephanie | Other Survivors relationship to Offender | |
| | ☐ Offender Unknown | VAWA Victimization Type | Stalking/Harassment (V,W) |
| County of Incident | Bexar | VOCA Victimization Type | |
| | ☐ Case still Pending | | ☐ VOCA Witness of Crime |
| Case Still Pending | | | ☐ VOCA At-Risk Child |
| **OVAG** | | **HHSC** | |
| | | Offenders relationship to Survivor | Acquaintance |
| Offenders relationship to Survivor | | Offenders relationship to Child | |

| | | | |
|---|---|---|---|
| Forensic Exam | | Disclosure Age | 0 |
| SAPCS State Victimization Type | | Assault Age | 0 |
| OVAG Victimization Type | Additional Victimization Type (Choose from List Below) | HHSC Impacts | |
| OVAG Victimization Other | | | |

☐ Law enforcement contacted
☐ Arrest made
☐ Protective order prepared
☐ Police report prepared
Medical Attention    ☐ Hospitalized
☐ No attention sought
☐ Sought treatment
☐ Unknown

**Total Victimization records for Guerrero PREA , Dawnette:**    **1**

## Service Information

| Staff Member | Jamie Kopplinger | Date and Time | 11/19/2019 5:30 PM | 1.00 |
|---|---|---|---|---|
| Funding Stream | SAPCS State (Sexual Assault) (OAG) | Location | The Rape Crisis Center | |
| Core Service | Crisis Intervention | Other Location | | |
| HHSC Type | | How Provided | Telephone | |
| Count | 0 | | ☐ Residential | |
| Other Service | | | | |
| County | Bexar | | | |

| Staff Member | Jamie Kopplinger | Date and Time | 11/19/2019 5:30 PM | 1.00 |
|---|---|---|---|---|
| Funding Stream | SAPCS State (Sexual Assault) (OAG) | Location | The Rape Crisis Center | |
| Core Service | Information & Referral | Other Location | | |
| HHSC Type | | How Provided | Telephone | |
| Count | 0 | | ☐ Residential | |
| Other Service | | | | |
| County | Bexar | | | |

| Staff Member | Jamie Kopplinger | Date and Time | 11/19/2019 5:30 PM | 1.00 |
|---|---|---|---|---|
| Funding Stream | SAPCS State (Sexual Assault) (OAG) | Location | The Rape Crisis Center | |
| Core Service | 24-hour Crisis Hotline | Other Location | | |
| HHSC Type | | How Provided | Telephone | |
| Count | 0 | | ☐ Residential | |
| Other Service | | | | |
| County | Bexar | | | |

Ms. Guerrero stated that guard Stephanie mansfield under the guise of a search "groped" Ms. Guerreros breast and fondled her breast. After reporting to the PREA hotline Ms. Guerrero called to report the incident Sgt Armbric called her forward and told her that they (guards) can do whatever to her and touch her wherever they want because she is in jail.

**Total Service records for Guerrero PREA , Dawnette:**    **3**

## Protection Orders

Protection Order Type                    Requested

**Tuesday, November 30, 2021**                                        **Page 2 of 3**

Offender

☐ STOP Funded and/or match Staff

Temporary Date
Final Date

Granted
Temporary Date
Final Date

0

**Case Notes**

Type
How Provided

Date and Time
Staff Member

0

**Financial Assistance**

Type
Date

Case Value

**Total Financial Assistance records for :**      0

**Total Clients in this display:**      1

Exhibit 19 [1]

CAUSE NO. 2019-CR-2690

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| vs. | * | 379th JUDICIAL DISTRICT |
| | * | |
| DAWNETTE GUERRERO | * | BEXAR COUNTY, T E X A S |

HEARING
MARCH 2, 2020

On the 2nd day of March, 2020, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Raymond Angelini, Presiding Judge, held in San Antonio, Bexar County, Texas, before Erminia Uviedo, RDR, CRR, CSR, in and for the State of Texas, reported by stenographic and computer-aided transcription.

```
 1  APPEARANCES:
 2  Appearing for the State:
 3  MR. MARCUS SANDERS
 4  Bexar County District Attorney's Office
 5  101 West Nueva, Fifth Floor
 6  San Antonio, Texas  78205
 7  (210) 335-2311
 8
 9
10  Appearing for the Defendant:
11  MS. DAWNETTE GUERRERO, PRO SE
12
13  Also Appearing:
14  MR. JIM OLTERSDORF
15
16
17
18
19
20
21
22
23
24
25
```

1                    P R O C E E D I N G S
2                    THE COURT:  Ms. Guerrero, I'm Raymond
3    Angelini.  I'm a Judge.  I'm 2019-CR-2690.  You are
4    Dawnette Guerrero, who is charged with offense of
5    retaliation.
6                    My understanding you are going to
7    represent yourself.  Is that correct?
8                    THE DEFENDANT:  Yes, sir.  And I had also
9    asked for a trial by jury of my peers.
10                   THE COURT:  Okay.  Let's just get the
11   first issue out of the way.
12                   THE DEFENDANT:  Okay.
13                   THE COURT:  You want to represent
14   yourself?
15                   THE DEFENDANT:  Yes, sir.
16                   THE COURT:  You understand that we can
17   appoint you a lawyer or you can hire a lawyer to
18   represent yourself -- to represent you.  Do you
19   understand that?
20                   THE DEFENDANT:  Yes, sir.
21                   THE COURT:  Okay.  And you do not want to
22   do that.  Is that correct?
23                   THE DEFENDANT:  Correct, sir.
24                   THE COURT:  All right.  And I need to ask
25   you these questions.  And it's not insulting or anything

1   like that, but I need -- for the record.  I'm sorry.

2                   THE DEFENDANT:  I'm sorry.  I can't hear

3   either.

4                   THE COURT:  That's all right.  For the

5   record, have you ever been treated for mental illness or

6   anything like that?

7                   THE DEFENDANT:  No, sir.  They just did a

8   psyche eval on me.

9                   THE COURT:  Yes, I know.  I got all that,

10  but I need to ask you these questions.

11                  THE DEFENDANT:  Yes, sir.

12                  THE COURT:  Okay.  Have you ever had a

13  head injury or anything like that --

14                  THE DEFENDANT:  No, sir.

15                  THE COURT:  -- that would necessitate any

16  kind of hospitalization or anything like that?

17                  THE DEFENDANT:  No, sir.

18                  THE COURT:  Okay.  How far did you go in

19  school?

20                  THE DEFENDANT:  College.  I graduated and

21  I went to college, an associates.

22                  THE COURT:  Okay.  Great.  All right.  Do

23  you understand that if you represent yourself, I have --

24  I hold you to the same standards as I would any other

25  lawyer?

```
 1                THE DEFENDANT:  Yes, sir.
 2                THE COURT:  Okay.  And I'm not going to
 3      give you any leeway or anything like that?
 4                THE DEFENDANT:  Yes, sir.
 5                THE COURT:  When we pick a jury -- and I
 6      know you want a jury -- we pick a jury, you have to
 7      follow the rules that any lawyer would have to do in
 8      picking a jury?
 9                THE DEFENDANT:  Absolutely, sir.
10                THE COURT:  Okay.  And there are certain
11      things you can do and certain things you cannot do.  Do
12      you understand that?
13                THE DEFENDANT:  Yes, sir.
14                THE COURT:  Okay.  And so when we pick a
15      jury -- I'm going to treat you just as I would anybody
16      else.  Do you understand that?
17                THE DEFENDANT:  Yes, sir.
18                THE COURT:  Mr. Oltersdorf, who is behind
19      you right there, is what's called your stand-by lawyer.
20      He will be in the back of the room or over here some
21      place else if you change your mind.  He's not your
22      co-counsel or anything else like that.  He's just there
23      in case you want to change your mind and have someone
24      else represent you and he will step in and do that.  Do
25      you understand all that?
```

1          THE DEFENDANT:  Yes, sir.  May I --
2   whenever you will allow me to to inform you of some
3   things about Mr. Oltersdorf that I don't know where he
4   came from and don't understand some things and -- that
5   while I was remanded five months in jail for a psyche
6   eval without bond, he never came to see me but one time.
7          THE COURT:  Okay.
8          THE DEFENDANT:  And I have concerns of
9   that.  I apologize.  But I mean it doesn't seem like
10  he's in my interest at all.
11          THE COURT:  No.  And I understand your
12  concerns about that.  But he is your lawyer.  And so if
13  he does not -- if you change your mind, he's the one
14  that's going to be stepping in to represent you.  Do you
15  understand that?
16          THE DEFENDANT:  Yes, sir.
17          THE COURT:  You don't have to change your
18  mind.  But if you do change your mind, he's going to
19  step in to help you.
20          THE DEFENDANT:  Unfortunately, I don't
21  think I'll change my mind.  Thank you, sir.
22          THE COURT:  Okay.  Well, that's fine.
23  And that's fine.
24          Okay.  Do you have anything we need
25  to take up before we start picking a jury?  We don't

1   have a jury panel out there yet, but we'll get them

2   probably in another hour or so.  Is there anything

3   you need to have taken up before we do so?

4                    THE DEFENDANT:  Absolutely.  Nobody

5   informed me of this motion to amend because the original

6   issue that -- ever since this indictment date was a

7   prediction.

8                    THE COURT:  Did y'all file a motion to

9   amend the indictment?

10                    THE STATE:  Yes, Your Honor.

11                    THE COURT:  Let me see it.

12                    THE DEFENDANT:  May I approach?

13                    THE COURT:  Yes.  Please do.

14                    When did y'all file this?

15                    THE STATE:  I don't know.  It was Marcus,

16   Judge.

17                    THE COURT:  I got the original

18   indictments.

19                    MR. OLTERSDORF:  Judge, I think it might

20   have been Thursday actually that I received it.

21                    THE COURT:  It says -- yeah.  Your motion

22   to amend is denied.

23                    THE DEFENDANT:  Thank you, Your Honor.

24                    THE COURT:  Anything else?

25                    THE DEFENDANT:  I just wanted you to

1    acknowledge that it is a predicted -- I have to -- this
2    is June of 2019 and I was indicted April of 2019.
3                    THE COURT:  You were indicted March 18th,
4    2019.  Is that right?
5                    THE DEFENDANT:  Yes.  I apologize.
6                    THE COURT:  Is this the same one?
7                    THE DEFENDANT:  This is the same one --
8                    THE COURT:  Look at it.  Is this the same
9    one?
10                   THE DEFENDANT:  Yes.  Yes.  I apologize.
11                   THE COURT:  Yeah.  Make sure that is the
12   same one.
13                   THE DEFENDANT:  My concern is this right
14   here, Your Honor.
15                   THE COURT:  Okay.  What about it?  Yeah,
16   and you were --
17                   THE DEFENDANT:  After the fact.  I was
18   indicted before I even committed a crime.
19                   THE COURT:  This is -- okay.  Well, as
20   soon as Marcus gets here, we'll --
21                   Good God.  Have a seat.
22                   THE DEFENDANT:  Yes, sir.
23                   THE COURT:  When the lawyers handle it --
24   as soon as the lawyer that's handling gets here, we'll
25   take care of it.  It's not going anywhere.

1          Mr. Sanders, taking up the

2 indictment, your motion to amend the indictment is

3 not timely filed.  So I denied it.  And your motion

4 on its face is not any good.

5          MR. SANDERS:  Judge, the motion was

6 already signed by Judge Rangel last week.

7          THE COURT:  And she's -- she's entitled

8 to ten days.  Yeah, he signed it.  She's entitled to ten

9 days.  It's not ten days.

10          MR. SANDERS:  Yeah.

11          THE COURT:  Ridiculous.  How come y'all

12 didn't fix this the first time?

13          MR. SANDERS:  I just got on the case.

14          THE COURT:  How come somebody in your

15 office didn't fix this before last week?

16          MR. SANDERS:  I can't speak for anybody

17 else.

18          THE COURT:  Ridiculous.  You have a whole

19 office there.  100 -- 200 -- nobody can fix this besides

20 you?  We're not going to trial.

21          Do you want ten days?

22          THE DEFENDANT:  Your Honor, I've been

23 trying to address this since the beginning and nobody

24 has listened to me.

25          THE COURT:  I understand that.  And

1  nobody has listened to you.  And now apparently he

2  listened to you.  And he's fixed it.  And some other

3  Judge allowed him to fix it.  I would never allow them

4  to fix that.  He didn't do this --

5             Did he do this with her present?

6             MR. SANDERS:  She was still represented

7  by Mr. Oltersdorf and he was present, Judge.

8             MR. OLTERSDORF:  I was not present during

9  the amendment.

10             THE COURT:  He was not present.

11             MR. SANDERS:  Yes, you were.  That was on

12  Friday.

13             MR. OLTERSDORF:  Well, you gave me the

14  amended motion -- oh, yes.

15             THE COURT:  Well, if she was representing

16  herself, how did he get --

17             MR. SANDERS:  He hasn't allowed her to

18  represent herself.  He left that for you to decide if

19  Jim was going to be off --

20             THE COURT:  Wait a minute.  What about

21  this thing?  On June 10th, 2019, what about all this?

22             MR. SANDERS:  That's when Mr. Saul

23  Acevedo represented her and he got kicked off and that's

24  when Mr. Oltersdorf got put on the case.

25             THE COURT:  This thing is such a mess.

1          All right.  You want to represent
2  yourself?  So he is not your lawyer.
3          THE DEFENDANT:  This is the reason why,
4  Your Honor, because --
5          THE COURT:  If she wasn't there.  I just
6  don't -- look at the Code of Criminal Procedure.  It
7  says that all motions have to be done with the Defendant
8  there.  Is that correct?
9          MR. SANDERS:  If you say so, Judge.
10          THE COURT:  Well, look it up.  Look it
11  up.
12          MR. SANDERS:  I'm not saying you're
13  wrong, Judge.
14          THE COURT:  Okay.  If you look it up --
15  if she wasn't there, how could we have this -- how could
16  you have this motion?
17          MR. SANDERS:  Judge, it's been amended.
18  I mean, whether what we do in Bexar County is proper or
19  not, we --
20          THE COURT:  If it's against the Code of
21  Criminal Procedure, and if you expect her or somebody
22  else to go along with the Code of Criminal Procedure,
23  shouldn't you?
24          MR. SANDERS:  Yes, Judge.
25          THE COURT:  Okay.  And what does this

1  Code of Criminal Procedure say about having motions
2  without the Defendant there?
3              MR. SANDERS:  If I'm taking your word,
4  then it says that she needs to be present.
5              THE COURT:  Okay.
6              MR. SANDERS:  But you know that in Bexar
7  County, we don't have the Defendant present at every
8  motion that we do.
9              THE COURT:  But why shouldn't they be
10 there?
11             MR. SANDERS:  I don't know, Judge.
12             THE COURT:  Whether they do or not, that
13 is incorrect and especially in situations like this.
14             MR. SANDERS:  Okay, Judge.
15             THE COURT:  It's ridiculous.  Just
16 because it's done wrong all the time shouldn't stay
17 wrong all the time.
18             MR. SANDERS:  Okay, Judge.
19             THE COURT:  Ridiculous.
20             So what do you want to do,
21 Ms. Guerrero?  Do you want to go forward on this
22 case or not?
23             THE DEFENDANT:  Your Honor, I have asked
24 that it be dismissed.
25             THE COURT:  It can't be dismissed now.

1   You can take that up, assuming you lose this case with

2   the Court of Appeals.  But this is done incorrectly.

3   Ridiculous.

4                   THE DEFENDANT:  I mean, this is my

5   life -- three years I've been putting up with him, Your

6   Honor.

7                   THE COURT:  I understand that, ma'am.

8   The question I have now is:  Do you want to go forward

9   or not on this amendment of indictment?  You're entitled

10  now to research this case, get a reset, and change --

11  maybe change their minds or whatever.  Do you understand

12  that?

13                  THE DEFENDANT:  Yes, sir.

14                  THE COURT:  Do you want to go forward now

15  or not?  If you want to think about it, you got about

16  ten or 15 minutes.

17                  THE DEFENDANT:  May I -- may I go to the

18  lady's room, please?

19                  THE COURT:  Sure.

20                  THE DEFENDANT:  Thank you, Your Honor.

21                  THE COURT:  And for now on, Mr. Sanders,

22  you deal with her and her alone.

23                  MR. SANDERS:  Yes, Judge.

24                  (Break.)

25                  THE COURT:  Have you decided what you --

```
 1                    THE DEFENDANT:  We'll move forward, Your
 2  Honor.
 3                    THE COURT:  You'll move forward?
 4                    THE DEFENDANT:  Yes, today.
 5                    THE COURT:  All right.  Would you like --
 6  before you do, I really do advise you not to go forward
 7  with this case.  If you want to, we can reset it and get
 8  you a different lawyer.  But you'd have to go with a
 9  different lawyer.
10                    We can go forward today, but it
11  changes the date.  It changes the whole situation
12  because, obviously, the date is completely
13  different.  And by law, you're entitled to defend
14  yourself on whatever notice they gave you and they
15  didn't give you any notice until today, which is
16  kind of ridiculous.
17                    THE DEFENDANT:  Your Honor, you know,
18  I -- I totally respect all this but I -- I'm going to
19  state again, I'm innocent of this.  This is a long
20  personal deal with this officer.
21                    She and I worked at the State
22  Hospital prior.  This has impacted my grandson, my
23  life.  I've never been in trouble ever in my life of
24  57 years.  Okay?  Ever.
25                    I've lived in the same home 54 years.
```

1  They have put warrants, treated me like I'm a
2  fugitive, like I'm a mass murder.  I was locked up
3  five months remanded without bond when somebody
4  could have sent me summons.  Nobody has followed the
5  law on anything of this.  Okay?  Granted --
6             THE COURT:  I'm just saying --
7             THE DEFENDANT:  You can accuse me of
8  something, but I've been in the same house 54 years.
9  I'm 57.  Since my father retired 30 years military
10  service, and to issue a warrant and not inform me and
11  then to treat me like an animal and cage me up for five
12  months and come one day -- come one day to the jail and
13  talk to me and not bring me to court.
14             THE COURT:  And I understand why you
15  would be upset with Mr. Oltersdorf.  That's why I
16  suggest we get you to a different lawyer, someone you
17  can talk to and especially since they've done this at
18  the last minute --
19             THE DEFENDANT:  Is this motion granted or
20  denied?
21             THE COURT:  One other Judge already
22  granted it without your presence.
23             THE DEFENDANT:  And may I ask what Judge
24  that was, Judge?
25             THE COURT:  Judge Rangel.

```
1              THE DEFENDANT:  And isn't that a conflict
2    of interest when he has the San Antonio Police Officer's
3    Association as one of his major backers and this is one
4    of the San Antonio police officers?  Shouldn't he recuse
5    his whole case, period?
6              THE COURT:  That's something that a
7    lawyer could contend at another time, but I'm not
8    dealing with that issue.
9              THE DEFENDANT:  I need to move forward.
10             THE COURT:  Okay.  I'm just --
11             THE DEFENDANT:  I respect and I -- I
12   totally appreciate, Your Honor, everything you're doing.
13   But this has really, really devastated me.  You know,
14   five months not being in my home.  My home was up for --
15   for what do you call it -- foreclosure, the same home
16   that my parents owned.  I mean, they have -- they have
17   done a lot of damage to me and I cannot -- I need to get
18   on with my life.
19             THE COURT:  I understand.  But I --
20             THE DEFENDANT:  I'm ready to proceed.
21   Thank you, sir.
22             THE COURT:  All right.
23             THE DEFENDANT:  Your Honor?
24             THE COURT:  Yes, ma'am.
25             THE DEFENDANT:  May I?
```

```
1                    THE COURT:  Sure.

2                    THE DEFENDANT:  And the other reason

3   being is that this is the third lawyer that's tried to

4   throw me under the bus, and they're trying to discard me

5   like I'm a piece of garbage.

6                    THE COURT:  Okay.  But you're not having

7   this lawyer -- so it doesn't matter.  I understand what

8   you're saying, and I sympathize with you.

9                    THE DEFENDANT:  Thank you.

10                   THE COURT:  But he is not your lawyer.

11                   THE DEFENDANT:  Thank you.

12                   THE COURT:  He's just a stand-by counsel.

13                   THE DEFENDANT:  Thank you.  I just needed

14  to clarify that, Your Honor.

15                   THE COURT:  Also, give me the Judge or

16  jury for punishment?

17                   MR. SANDERS:  I already gave the election

18  of punishment to her so she can get --

19                   THE COURT:  Okay.  Read 2801.

20                   THE DEFENDANT:  Your Honor, may I ask why

21  my -- where are my motions to quash and for speedy trial

22  and all that were never signed and acknowledged but,

23  yet, they were received and filed with the clerk?

24                   THE COURT:  Because the Judge has to set

25  a hearing for it.  Just because you file them does not
```

1  mean they're granted.

2              THE DEFENDANT:  Right.  There was a

3  hearing on December 11th, and I was not brought to

4  court.

5              THE COURT:  Okay.  Obviously, that

6  shouldn't have been either, according to 2801, you got

7  to be in court for any of your motions.

8              THE DEFENDANT:  Right.  And I was in jail

9  at the time and they refused to bring me to court and

10  it's been deleted out of the system.

11              THE COURT:  Well, I can't help that.

12              THE DEFENDANT:  May I fill all this out,

13  please?

14              THE COURT:  Please do.  The numbers --

15              THE DEFENDANT:  Unless they change them.

16  I apologize I shouldn't have done that.

17              THE COURT:  19-2690.

18              All right.  For the record, I'm going

19  to find that under 2001, the State violated 2801 by

20  not having the Defendant present during any pretrial

21  motions.  Also, her lawyer at the time did not

22  object to that as well.  And she's entitled to ten

23  days and you do not want ten days.  Is that correct?

24              THE DEFENDANT:  I -- I need to move on,

25  sir.

```
 1                    THE COURT:  Okay.
 2                    THE DEFENDANT:  Thank you very much.
 3                    THE DEFENSE:  Judge, I need to answer --
 4                    THE DEFENDANT:  Judge, unfortunately --
 5    unfortunately, I don't trust them to do any more to me.
 6    I can't live like this.  There's been so much for three
 7    years --
 8                    THE COURT:  I can get you a new lawyer if
 9    you want -- a better -- a different lawyer.
10    Mr. Oltersdorf is a fine lawyer, but if you can't live
11    with him --
12                    MR. OLTERSDORF:  Judge, I really need to
13    answer.  We --
14                    THE COURT:  I don't want to hear your
15    answer.
16                    MR. OLTERSDORF:  Yes, sir.
17                    THE DEFENDANT:  Your Honor, what do I --
18    do you want me to use the 379th or this number?
19                    THE COURT:  What court is this out of?
20                    MR. SANDERS:  379th.
21                    THE COURT:  Use 379th.
22                    THE DEFENDANT:  Thank you, sir.
23                    THE COURT:  Is this a third-degree
24    felony?
25                    MR. SANDERS:  I'm sorry, Judge?
```

```
 1                    THE COURT:  Third degree?
 2                    MR. SANDERS:  Yes.
 3                    THE COURT:  You are entitled to a jury on
 4      whether you're guilty or not guilty in this case.  And
 5      you have -- both sides are entitled to a jury to decide
 6      this case.  If you didn't want a jury trial, they wanted
 7      one, they would get one or vice versa.
 8                    On punishment, it's your choice and
 9      your choice alone.  Should be found guilty of this
10      crime, you and alone have the choice of whether you
11      want me to decide your punishment or the jury that
12      finds you guilty to decide your punishment.  That's
13      your choice, not theirs.
14                    THE DEFENDANT:  Okay.  Thank you, sir.
15                    THE COURT:  So it's two different issues.
16                    THE DEFENDANT:  Your Honor, may I --
17      another discrepancy is this is stuff from Facebook and
18      this says Next Door.
19                    THE COURT:  I understand.  And that's why
20      I think you should get a lawyer because your lawyer will
21      object to certain things like that but you're not going
22      to know how to do.
23                    THE DEFENDANT:  Okay.  We'll get it.  We
24      got it.
25                    THE COURT:  Okay.  Because these are
```

1  technical things that they may not be able to get into
2  evidence and you're not going to know how to object to
3  it.
4              THE DEFENDANT:  I'll get it.
5              (Break.)
6              THE COURT:  What's -- are you sure you
7  want to do this?
8              THE DEFENDANT:  Yes, sir.  I'm just
9  trying to read something he just gave me.
10             THE COURT:  What did you just give her?
11             THE STATE:  A motion in limine, Judge.
12  It's nothing big, just prior bad acts of witnesses.
13             Before the jury comes in, can I do
14  the motion in limine and the discovery issue?
15             This morning, when Ms. Guerrero was,
16  I guess, given permission to represent herself, I
17  provided her a copy of everything that we have in
18  the file, as far as the documents, the police
19  reports for this particular case, as well as other
20  police reports for her residence.
21             I also gave her a copy of the
22  memorandum of disclosure for Detective Silva.  I
23  provided her a copy of the body cam videos --
24             THE COURT:  Who is Detective Silva?  Is
25  that the victim?

1              THE STATE:   No.   He is a witness who we

2   plan to call.

3              I provided her a copy of the body cam

4   video, and I let her know that we did not planning

5   on introducing those because they were from a

6   different date.  But because they were a part of our

7   file, I gave her a copy also.

8              The only thing that I haven't given

9   her yet is a copy of the CPS records, and I didn't

10  know if the Court -- we don't plan to introduce any

11  of those.  But I don't know if you were going to

12  order that I provide those to her.

13             THE COURT:   Why?  I mean, what does that

14  have to do with this case?  Obviously, I don't know

15  anything about the facts of the case.

16             THE STATE:   So just a brief run-down.

17  The victim in the case is an officer, obviously, with

18  SAPD.  She ends up contacting CPS on the Defendant --

19             THE COURT:   Which -- Child Protective

20  Services?

21             THE STATE:   Yes, Judge.  And so the CPS

22  records deal with the child who was taken from

23  Ms. Guerrero's custody and, obviously, Ms. Guerrero.

24             THE COURT:   Okay.  Give her a copy of

25  those.  It doesn't sound like it's -- that it would ever

```
 1   get to that.
 2                   Let me see the discovery
 3   acknowledgment.
 4                   THE STATE:  I haven't given them to her,
 5   yet.
 6                   THE DEFENDANT:  Your Honor, may I --
 7                   THE COURT:  Yes, ma'am.  Go ahead.
 8                   THE DEFENDANT:  May I please -- when he
 9   said that the Judge had signed the State's motion to
10   amend the indictment, may I have a copy of the signed --
11   I mean, they pulled so much, I'm not sure --
12                   THE COURT:  Yeah.  We'll give you a copy.
13                   THE DEFENDANT:  I apologize.
14                   THE COURT:  Give her a copy.
15                   THE STATE:  Judge, regarding the motion
16   in limine, is it granted or denied?
17                   THE COURT:  I haven't even -- deal with
18   this thing first.
19                   THE STATE:  Yes, Your Honor.
20                   THE COURT:  And then we'll -- get her a
21   copy of that.  Then I want the discovery acknowledgment
22   done.
23                   THE DEFENDANT:  I just wanted to ask, the
24   officer that submitted the affidavit on behalf of the
25   victim, then I get this memorandum that he's been
```

1 suspended and all this for -- it's, like, Oh, my God,
2 this case is so --
3                  THE COURT:  Uh-huh.  That's why I said
4 you need a lawyer.  I'm telling you you need a lawyer.
5 You need a different lawyer, but you need a lawyer.
6 This case has got problems and issues and you don't know
7 how to deal with them.
8                  Ma'am, do you even know how to pick a
9 jury?
10                  THE DEFENDANT:  No.
11                  THE COURT:  Do you even know how to pick
12 a jury?
13                  THE DEFENDANT:  No, sir.  I wasn't quite
14 prepared for that -- I don't mean picking a jury part.
15 I was ready for trial.  But, you know, as I stated, the
16 shenanigans that have been being put on --
17                  THE COURT:  That won't have anything to
18 do with this jury.  You are going to have to pick this
19 jury.  You don't even know how many strikes you get.
20 You don't even know what an appropriate challenge is.
21 You don't even know what a challenge for cause is.
22 These are all things that lawyers know, that do this
23 every day.  They do it every day.  And these are little
24 simple -- simple things that you don't even know
25 anything about.

1          THE DEFENDANT:  And I respect that, sir.

2   I really do.  But after what I've had, the last two

3   court-appointed attorneys do to me --

4          THE COURT:  I can get you another

5   court-appointed lawyer, if you want one.  I can't make

6   you take a lawyer.  I can't make you.  You're

7   intelligent.  You're competent.  You're sane.  I cannot

8   make you take a lawyer.

9          THE DEFENDANT:  It's so -- I appreciate

10  that, sir.  But look what they have done to me.

11         THE COURT:  I understand.  And those

12  things might be able to be hashed out if you have a

13  lawyer.  But without a lawyer, you don't know what

14  you're doing as far as --

15         THE DEFENDANT:  May I try to get one --

16  call one.  I'll call Mark Lahood.

17         THE COURT:  Call him right now and see.

18         THE DEFENDANT:  Thank you.

19         THE COURT:  And get the discovery

20  acknowledgment done while she's making this call.

21         THE STATE:  Yes, Judge.

22         THE COURT:  Call him.

23         (Break.)

24         THE COURT:  All right.  You want a new

25  court-appointed lawyer, for the record?

1            THE DEFENDANT:  Yes, sir.

2            THE COURT:  Okay.  And I know you might

3  want to talk to Mr. Lahood.  I'm going to get you a

4  court-appointed lawyer.  If you hire Mr. Lahood, you

5  need to let us know that Mr. Lahood is your lawyer

6  rather than a court-appointed lawyer.  I want you to get

7  all your stuff together right here for the record.

8  Let's, at least --

9            What have you turned over to her, so

10  that we can get that on the record?

11            Just tell -- show her -- show her and

12  let's get all on the record.  We're not going to

13  trial.  Just so we -- later on, we won't have an

14  issue with that.

15            THE DEFENDANT:  Well, I was just going to

16  take all this over to Mark.

17            THE COURT:  I know.  I know.  But we need

18  to put something on the record --

19            THE STATE:  For the record, I gave her

20  two DVDs.  One is the CPS records for this case or for

21  the case that this sort of arises out of and another DVD

22  that contains 12 body cam videos from different

23  incidents that happened at her residence, but are not

24  from the date of the offense.  So they don't necessarily

25  go to this case, and I wasn't planning to introduce

1   them.  A prosecution guide for Detective Silva, all of

2   the attachments, which include the Facebook post, the

3   Next Door post, other police reports for when the police

4   were called out to the address at 4407 Valley Field

5   Drive, a memorandum of disclosure with the suspension

6   paperwork for Detective Silva, and the warrant and the

7   affidavit.

8           THE COURT:  Okay.  They've handed you all

9   this stuff.  You need to hold on to it because you're

10   going to have to show it to your court-appointed lawyer,

11   as well as Mr. Lahood if you decide to.  I want you to

12   stay here.  I want to get you a court-appointed lawyer.

13   I want them to come and talk to you before you leave.

14   And then you can go leave for the day and see

15   Mr. Lahood.

16           Send the jury panel back and have a

17   seat.  And also, when I find out who the

18   court-appointed lawyer is, I'm going to let y'all

19   know so you can talk to that person and deal with

20   that person.  All right?

21           THE DEFENDANT:  Your Honor, may I ask --

22   are you going to stay presiding on this or are they

23   going to move me around again?

24           THE COURT:  No.  Probably move you

25   around.  It will be probably be here.  Probably be here

 1    with -- I'm just here on a weekly basis.

 2                    THE DEFENDANT:  See.  And that -- you

 3    know --

 4                    THE COURT:  Okay.  Well, nonetheless, you

 5    and your court-appointed lawyer can figure that out or

 6    you and Mr. Lahood.  I don't mind hearing your case at

 7    all, ma'am.  I don't mind.  But it's not up to me.  It

 8    will be up to Judge Harle.  And he assigns the Judges

 9    for these kind of cases.  I'm a retired.  So I come in

10    and fill in whenever they need me, and I will be glad to

11    come in hear your case.  But it's not up to me.  It's

12    not my decision.

13                    But you and your court-appointed

14    lawyer or you and Mr. Lahood can -- can deal with

15    that and request -- make your request to Judge

16    Harle.  Okay?

17                    THE DEFENDANT:  Thank you.

18                    (End of proceeding.)

19

20

21

22

23

24

25

```
 1

 2   THE STATE OF TEXAS

 3   COUNTY OF BEXAR

 4

 5        I, ERMINIA UVIEDO, Certified Shorthand Reporter in
     and for the County of Bexar, State of Texas, do hereby
 6   certify that the above and foregoing contains a true and
     correct transcription of all portions of evidence and
 7   other proceedings requested in writing by Counsel for
     the parties to be included in this volume of the
 8   Reporter's Record, in the above-styled and numbered
     cause, all of which occurred in open court or in
 9   chambers and were reported by me.

10        I further certify that this Reporter's Record of
     the proceedings truly and correctly reflects the
11   exhibits, if any, admitted by the respective parties.

12        I further certify that the total cost for the
     preparation of this Reporter's Record is $_____ and
13   will be paid by _____.

14        WITNESS MY OFFICIAL HAND this the 19th Day of
     October, 2020.

15

16                    /s/ ERMINIA UVIEDO, RDR, CRR, CRC, CSR

17                    _____
                      ERMINIA UVIEDO, RDR, CRR, CRC, CSR
18                    License Expires:  12-31-2020
                      Bexar County, Texas
19

20

21

22

23

24

25
```





**JOE D. GONZALES**
**BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY**
PAUL ELIZONDO TOWER
101 W. NUEVA
SAN ANTONIO, TEXAS 78205
(210) 335-2311

# Memorandum of Disclosure

File:       JN 1852031

Subject:   Detective George Silva, Badge No. 2473
           SAPD

Date:      November 6, 2019

---

Pursuant to Article 39.14 of the Code of Criminal Procedure and Rule of Disciplinary Conduct 3.09(d), and our continuous reporting duty, the State hereby makes the following ethical disclosure pertinent to a witness for the State in this case. In making this disclosure, the State in no way concedes the evidentiary admissibility of the matters disclosed.

- San Antonio Police Detective George Silva, Badge No. 2473, was the subject of an internal investigation for failing to file reports, arising from an incident discovered on or about July 9, 2019.

- Detective Silva was suspended as a result.

Copy 1 – Case File
Copy 2 – Defense Counsel

Questions or concerns regarding this disclosure may be directed to the prosecutor handling this case or to the District Attorney's Ethical Disclosure Unit.

Alison Dahlberg
Assistant Criminal District Attorney
Conviction Integrity Unit / Ethical Disclosure Unit Director
Alison.Dahlberg@bexar.org
210-335-2418

Lindsey Prentice
Paralegal
Ethical Disclosure Unit
Lindsey.Prentice@bexar.org
210-335-2351

Rec'd by Prosecutor on _____, 20____.
Prosecutor:_____ Signature:_____

Rec'd by Defense Counsel on _____, 20____.
Counsel:_____ Signature:_____

Copy 1 – Case File
Copy 2 – Defense Counsel

Detective George A. Silva, #2473
San Antonio Police Department
San Antonio, Texas

Fire Fighters' and Police Officers' Civil Service Commission
111 Soledad, Suite 123
San Antonio, Texas  78205

### AGREED SUSPENSION

Commissioners and Detective George A. Silva:

**WHEREAS**, Detective George A. Silva, pursuant to Article XXVIII, Section 2 of the Collective Bargaining Agreement by and between the City of San Antonio and the San Antonio Police Officers' Association, was served on August 19, 2019, with a three-day contemplated suspension; and

**WHEREAS**, Detective Silva and his captain, Anthony Maziek, have agreed and Chief McManus has approved of settling this matter with a three-day suspension without pay; **NOW THEREFORE:**

The undersigned parties hereby enter into this suspension agreement wherein it is provided that Detective Silva shall be suspended without pay from the San Antonio Police Department for a period of three days, commencing on September 30, 2019, and ending on October 2, 2019. Detective Silva waives any rights to appeal this Agreed Suspension and agrees no administrative or judicial body shall have power to review this Agreed Suspension or alter the terms of this agreement.

Detective Silva has violated Subsection C of Rule XIII of the City of San Antonio Fire Fighters' and Police Officers' Civil Service Commission Rules, said rules having been adopted on February 23, 1998, and thereafter from time to time amended, by the Fire Fighters' and Police Officers' Civil Service Commission as the Civil Service Rules for the Fire and Police Departments of the City of San Antonio. The particular civil service rules violated by Detective Silva and grounds for suspension are as follows:

> (12)   Violation of an applicable fire or police department rule or
>         special order.

The Rules and Regulations and Procedures of the San Antonio Police Department which Detective Silva has violated are as follows:

> RULE 4.12 - OFFICIAL REPORTS:  (A) COMPLETION OF
> REPORTS: Members shall complete reports promptly, accurately,
> and in conformance with the reporting procedures of the
> department.

The factual basis for the instant disciplinary suspension is as follows:

> During the week of June 9, 2019, Detective George A. Silva had a
> total of twelve active arrest cases assigned to him.  Nine of those
> cases were assigned between January 1, 2019 and April 30, 2019
> and should have been submitted to the District Attorney's Office
> within twenty days of assignment.  On July 9, 2019, the Homicide
> Unit received notification from the District Attorney's Office that
> they were almost at ninety days for an arrest case that was assigned
> to Detective Silva.  A review of the Records Management System
> (RMS) files showed Detective Silva failed to enter any
> investigative progress notes in "Activity" on in "Narratives" for
> this case.  This case was reassigned to a different detective for
> follow-up and case filing.  This behavior constitutes a pattern of
> behavior violating Rules and Regulations 4.12(A) – Completion of
> Reports.

A copy of the instant disciplinary suspension order is being filed with the Fire Fighters' and
Police Officers' Civil Service Commission.

AGREED TO BY: _____     SEP 0 5 2019
                    WILLIAM P. MCMANUS                _____
                    CHIEF OF POLICE                   DATE
                    SAN ANTONIO POLICE DEPARTMENT

                    _____   9-10-19   1004.
                    DETECTIVE GEORGE A. SILVA, #2473      DATE     TIME
                    SAN ANTONIO POLICE DEPARTMENT

I hereby acknowledge receipt of the original of the foregoing Agreed Suspension.  I
acknowledge having received notification that I have fifteen days from the date of receipt of the
instant suspension during which to file a written appeal of this suspension with the Personnel
Director of the City of San Antonio requesting either arbitration or the hearing of my appeal by
the Fire Fighters' and Police Officers' Civil Service Commission.  I acknowledge that I have
been informed that if I appeal to a hearing examiner/arbitrator, I waive all rights to appeal to a
district court except as provided by subsection 143.057(j) of the Texas Local Government Code.
I also acknowledge that I have been informed that my right to appeal the decision of a hearing
examiner/arbitrator to district court pursuant to section 143.057 of the Texas Local Government
Code may have been modified by the provisions of article 28 of the current Collective
Bargaining Agreement by and between the City of San Antonio and the San Antonio Police
Officers' Association.  I further acknowledge that in light of my entry into this Agreed

Suspension, I shall have no right to appeal said suspension nor will any administrative or judicial body have power to review same or alter its terms.  I do hereby waive any and all rights to appeal said suspension and no administrative or judicial body shall have power to review same or alter its terms.

_____
DETECTIVE GEORGE A. SILVA, #2473
SAN ANTONIO POLICE DEPARTMENT

WITNESSED BY:

_____ #3175     TIME: _1004_     DATE: _09-10-19_

_____ 8032     TIME: _1004_     DATE: _9/10/n_

FILED on this the _____11_____ day of _September_____, 2019, with the Fire Fighters' and Police Officers' Civil Service Commission.

_____
DIRECTOR, FIRE FIGHTERS' AND POLICE
OFFICERS' CIVIL SERVICE COMMISSION

2019CR2690

## SAN ANTONIO POLICE DEPARTMENT
SAPD NO. 23 (Rev. Oct. 93, Type Only)

# CHARGE AND DISPOSITION REPORT
(Confidential Information)

Assignment Number SAPD18112914

Offense Number 500430

| 3. Defendant (Last name, First, Middle,<br>GUERRERO, DAWNETTE<br>KATHLEEN<br>AKA ALONZO, DAWNETTE | 4. Race – Sex<br><br>L/F | Date of Birth | 4a. SID Number<br><br>1101290 |
|---|---|---|---|
| 5. Address of Defendant<br><br>4407 VALLEYFIELD | 6. S.A.P.D. Number | 7. Charge<br><br>RETALIATION | Off/Booking Code<br><br>500430 |

| 8. Arrested By<br><br>WARRANT | 9. Investigated By<br><br>Det. G. SILVA #2473 |
|---|---|

| 10. Complainant's Name (Last name, First, Middle)<br><br>DETECTIVE GINA MENDEZ #2015 | 11. Address of Complainant<br><br>315 S. SANTA ROSA | 12. Phone<br><br>210-207-7484 |
|---|---|---|

13. Property Tag Numbers

| 14. Witnesses<br><br>SEE PROSECUTION GUIDE: | 15. Address of Witnesses | 16. Witnesses Phone |
|---|---|---|

17. Type of Reports Submitted to District Attorney

| | | |
|---|---|---|
| ☒ OFFENSE REPORT | ☒ INCIDENT REPORTS | ☒ SUPPLEMENTARY REPORTS |
| ☐ CRIME SCENE REPORTS | ☐ CRIME SCENE PHOTOS | ☐ CRIME SCENE VIDEO |
| ☐ SEARCH WARRANT INFO | ☒ ARREST WARRANT INFO | ☐ GRAND JURY INFO |
| ☐ WITNESS STATEMENTS | ☐ ACTOR'S STATEMENTS | ☒ CRIMINAL HISTORIES |
| ☐ COPIES OF PHOTO LINE-UPS | ☐ OTHER PHOTOS | ☐ MEDICAL REPORTS |
| ☐ MEDICAL RELEASE | ☒ RELATED INFO | ☒ IDENTIFIED AT SCENE |

| 18. Officer / Badge Number<br><br>Det. G. Silva #2473 | 19. Time and Date<br><br>12/25/2018  1700 hrs | 20. Approving Authority<br><br>Sgt. R. Cardenas #3306 | 21. Unit<br><br>HOMICIDE |
|---|---|---|---|
| 22. Received in D.A.'s Office by | 23. Time and Date | 24. D.A.  Case Number - Remarks | |

1852031

379

DA SCANNED

MAY 24 2019

F1    #4

RECEIVED
JAN 16 2019
BY: ℓℓ 11 56

DVD attached_____
DVD with JN _____
NO DVD attached ✓_____

## SAN ANTONIO POLICE DEPARTMENT
### SUPPLEMENTARY REPORT

**OFFENSE: P.C. 36.06 RETALIATION**
**ROUTING: Homicide**
**PAGE: 1 of 3**

**ASSIGNMENT NO: SAPD18112914**
**OFFENSE NO: 500430**
**DATE REPORTED: 05/30/2018**

| Last name of complainant-First-Middle Initial | Address of Complainant | Phone No. | |
|---|---|---|---|
| DETECTIVE GINA MENDEZ #2015 | 3635 EAST HOUSTON STREET | 210-207-7484 | |

| Place of Occurrence | District | Date & Time of Occurrence | Date & Time of this Report |
|---|---|---|---|
| 3635 EAST HOUSTON STREET | 4160 | 05/12/2018 1000 HRS | 12/24/2018 1000 HRS |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

**VICTIM:**    Gina Mendez #2015 (SAPD Officer)      **PHONE**: 210-207-7484
3635 E. Houston Street
San Antonio, TX 78219

Detective Mendez is a San Antonio Police Detective and was on duty in full uniform and performing duties as a San Antonio Police officer during the time of the offense. Detective Mendez was assigned to a call on 02/17/2016 (SAPD16035780) where Detective Mendez had reason to believe Child Protective Services were needed to check on the welfare of a minor residing with Dawnette Guerrero, AKA Dawnette Alonzo and hereby referred to as the Defendant. The Defendant posted on social media sites Nextdoor and Facebook with Detective Mendez's address and the Defendant made threats directed at Detective Mendez. Detective Mendez sent the Defendant a certified letter demanding the Defendant to remove Detective Mendez's personal address and phone number as required under Texas Penal Code 36.06 Obstruction or Retaliation. The Defendant then made another post on Facebook displaying Detective Mendez's address again with a caption of "somebody wants their ass kicked" and a another post displaying Detective Mendez's address with the caption of "this filthy (picture of a pig) has no business contacting me..COSA attorney you better get your client in line before I go to it's house and settle the issue at hand..."

**DEFENDANT:**    Guerrero, Dawnette L/F▮▮▮▮▮▮▮    **PHONE**: 210-730-1348
4407 Valleyfield                          **SID #**: 1101290
San Antonio, TX 78222

The Defendant was not interrogated. A warrant was walked for the Defendant for Retaliation.

**SCENE:** San Antonio, Texas and within Bexar County

**PHOTOGRAPHS:** None

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | CLEARED BY ( ) JUVENILE ARREST | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF (x) INVESTIGATION |
|---|---|---|---|---|---|---|
| Officer Making Report (Badge No.) Det. G. Silva #2473 | | | Approving Authority SGT. R. Cardenas #3306 | | | Unit Assigned to Follow -up Homicide |
| SAN ANTONIO POLICE DEPARTMENT | | | TYPE ONLY | | | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (Seo-00) |

## SAN ANTONIO POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

**OFFENSE: P.C. 36.06 RETALIATION**
**ROUTING: Homicide**
**PAGE: 2 of 3**

**ASSIGNMENT NO: SAPD18112914**
**OFFENSE NO: 500430**
**DATE REPORTED: 05/30/2018**

| Last name of complainant-First-Middle initial | Address of Complainant | Phone No. |
|---|---|---|
| DETECTIVE GINA MENDEZ #2015 | 3635 EAST HOUSTON STREET | 210-207-7484 |

| Place of Occurrence | District | Date & Time of Occurrence | Date & Time of this Report |
|---|---|---|---|
| 3635 EAST HOUSTON STREET | 4160 | 05/12/2018 1000 HRS | 12/24/2018 1000 HRS |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

### SYNOPSIS:

Detective Mendez #2015 was dispatched to the Defendant's residence on 02/17/2016 (SAPD16035780) where Detective Mendez was concerned for the safety of a child of a minor residing with the Defendant. Detective Mendez contacted Child Protective Services with her concerns. Since that date, the Defendant has posted Detective Mendez's address in two social media sites and made threats toward Detective Mendez. Detective Mendez sent the Defendant a certified letter demanding the Defendant remove Detective Mendez's personal information for safety reasons and warning the Defendant of the violation of law for failing to comply. On June 4, 2018, the Defendant then posted Detective Mendez's address again using the demand letter and making threats toward Detective Mendez. According to Texas Penal Code 36.06;

(a-1) A person commits an offense if the person posts on a publicly accessible website the residence address or telephone number of an individual the actor knows is a public servant or a member of a public servant's family or household with the intent to cause harm or a threat of harm to the individual or a member of the individual's family or household in retaliation for or on account of the service or status of the individual as a public servant.

Penal Code 36.06 further defines the offense- (d) For purposes of Subsection (a-1), it is prima facie evidence of the intent to cause harm or a threat of harm to an individual the person knows is a public servant or a member of a public servant's family or household if the actor:
(1) receives a written demand from the individual to not disclose the address or telephone number for reasons of safety; and
(2) either:
(A) fails to remove the address or telephone number from the publicly accessible website within a period of 48 hours after receiving the demand; or
(B) reposts the address or telephone number on the same or a different publicly accessible website, or makes the information publicly available through another medium, within a period of four years after receiving the demand, regardless of whether the individual is no longer a public servant.

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | CLEARED BY ( ) JUVENILE ARREST | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF (x) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. G. Silva #2473 | SGT. R. Cardenas #3306 | Homicide |
| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (Seo-00) |

## SAN ANTONIO POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

**OFFENSE: P.C. 36.06 RETALIATION**
**ROUTING: Homicide**
**PAGE: 3 of 3**

**ASSIGNMENT NO: SAPD18112914**
**OFFENSE NO: 500430**
**DATE REPORTED: 05/30/2018**

| Last name of complainant-First-Middle initial | Address of Complainant | | Phone No. | |
|---|---|---|---|---|
| DETECTIVE GINA MENDEZ #2015 | 3635 EAST HOUSTON STREET | | 210-207-7484 | |
| Place of Occurrence | District | Date & Time of Occurrence | | Date & Time of this Report |
| 3635 EAST HOUSTON STREET | 4160 | 05/12/2018 1000 HRS | | 12/24/2018 1000 HRS |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

## CONCLUSION:

On June 4, 2018, at approximately 2137 hours, the Defendant, Dawnette Guerrero, AKA Dawnette Alonzo (SID# 1101290), intentionally posted Detective Gina Mendez's address on publicly accessible websites in retaliation for Detective Mendez's status as a public servant and performing duties as a police officer in violation of Chapter 36.06 of the Texas Penal Code. The offense occurred in San Antonio, Texas within Bexar County. I am forwarding this case to the District Attorney's Office for prosecution.

### PLEASE CONTACT ME WITH QUESTIONS OR COMMENTS AT 207-4135

### CLEARED BY: ARREST

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | CLEARED BY ( ) JUVENILE ARREST | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF (x) INVESTIGATION |
|---|---|---|---|---|---|---|
| Officer Making Report (Badge No.) | | | Approving Authority | | | Unit Assigned to Follow -up |
| **Det. G. Silva #2473** | | | **SGT. R. Cardenas #3306** | | | **Homicide** |
| **SAN ANTONIO POLICE DEPARTMENT** | | | **TYPE ONLY** | | | **SUPPLEMENTARY REPORT** |
| | | | | | | SAPD Form 3-L Rev. (Seo-00) |

**Exhibit 27**



**Joe Gonzalez**
BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY
PAUL ELIZONDO TOWER
101 W. NUEVA
SAN ANTONIO, TEXAS 78205
(210) 335-2274

Sid:1101290 ,sl          **FACSIMILE COVER SHEET**

PLEASE DELIVER TO: **CPS, Records Mgt.**
Records.Management@DFPS.STATE.TX.US

FACSIMILE FROM: **Brian King, Criminal Investigator, 379th CTD**
**(210) 669-5548**
**(210) 335-0558=Fax**

DATE 07/08/19

**REFERENCE: Respectfully requesting CPS records
concerning Dawnette  Kathleen Guerrero (aka Dawnette
Alonzo) DOB:**█████ **and/or the following child: M**███
**A**███**, DOB:**█████ **(possible case# 5:17CV-00913)**

**Big Thanks!**

NUMBER OF PAGES (including Cover sheet): 1

**Please mail to: Bexar County District Attorney, 101 W. Nueva, San
Antonio, Tx. 78205, c/o Investigator King, 379th CTD**

The information contained in this facsimile message is privileged and confidential information intended for the use
of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or
agent responsible to deliver it to the recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited.  If you have received this fax in error, please immediately notify us by
telephone.

**IF YOU DO NOT RECEIVE ALL THE PAGES AS INDICATED ABOVE, PLEASE
CALL: (210) 669-5548**

**X ORIGINAL WILL NOT FOLLOW**

The State Of Texas
Vs
Hernandez, Austin Carlos

**Subpoena**
**DUCES TECUM**
**Case Number: 2017-CR-2690**
5A 605

2017CR2690

In the District Court
290Th Judicial District
Bexar County Texas

The State of Texas, to any Peace Officer, Sheriff, Constable of the State of Texas or other person authorized to serve and execute subpoenas.

Greetings - You are commanded to summon:

CPS, COR ATTN: RECORDS MGT

Custodian Of Records

If to be found in your County, to be and appear on the 31st day of July, 2019, at 8:30 A.M. before the Honorable 290th Judicial District Court, of Bexar County, Texas, 4th floor Cadena-Reeves Justice Center in the City of San Antonio, Texas, then and there to testify in the above styled and numbered case therein on behalf of the State and the witness shall attend the court from day to day, and from term to term, until discharged by the court.

Said above named witness is further commanded to produce at said time and place above set forth the following, to wit:

PLEASE RELEASE A CERTIFIED COPY TO INCLUDE ANY AND ALL RECORDS BUT NOT LIMITED TO THE FOLLOWING: CHILD SAFE, INVESTIGATI
VE, FAMILY BASED SERVICED, CONSERVATORSHIP, & EXTERNAL RECOR
DS CREATED BY SERVICE PROVIDERS, DRUG SCREENING/ COUNCELING RECORDS, CALL LOGS, STRUCTURED NARRATIVES, SERVICE/ SAFETY P
LANS PARENTAL CHILD PLACEMENT/ FOSTER, OR KINSHIP PAPERWORK.  FURTHER INCLUDE ANY & ALL MEDIA RELATED TO ANY OF THE ABOVE
 TO INCLUDE DIGITAL/VIDEO/AUDIO RECORDINGS AND PHOTOS PERTAINING TO EITHER OF THE FOLLOWING: DAWNETTE KATHLEEN GUERRERO AKA DAWNETTE ALONZO DOB            AND/OR THE FOLLOWING MIN OR CHILDREN MASON ALONZO. CASE MAY BE 5:17-CV-00913. TO THE 379TH DISTRICT ATTORNEY'S OFFICE 101 W NUEVA, 6TH FLOOR, SAN ANTONIO TEXAS 78205 ATTN: BRIAN KING, CRIMINAL INVESTIGATOR .

**Note to above witness:  please call (210)335-3800 to place yourself on standby.**
Herein fall not, but of this writ make due return no later than July 31, 2019.
Witness, Mary Angie Garcia, Clerk of the District Courts of Bexar County, Texas this 08th day of July, 2019.
(Issued Same Day)

**Mary Angie Garcia**
**District Clerk Bexar County**
**By: Colt Green, Deputy**

Came to hand on the ___ day of _____, 20__ , and Executed/Not Executed on the ___ day of _____ 20__, by reading the subpoena in the hearing of the witness or delivering a copy to the witness
or: not executing as follows:

returning on this the ___ day of _____, 20__

By: _____

(Return Original--Keep Copy)

DEPUTY/ INVESTIGATOR
ORIGINAL

Form 2270 (Aug 2012)



# You are responsible for maintaining the

# CONFIDENTIALITY

# of the attached case record you requested.

**This DFPS case record is confidential by law.** However, due to your professional position, you are receiving it _without_ the redaction that is normally required.  You should not share this record with anyone not entitled, unless by court order.

**Caution**: Texas Human Resources Code §40.005 states:

(d)  Except as otherwise provided, a person who is authorized to receive confidential information shall maintain its confidentiality and shall prevent disclosure of the information to a person who is not authorized to receive the information.

(e)  A person commits an offense if the person discloses without authorization confidential information contained in the department's records, papers, files, or communications.  An offense under this subsection is a Class A misdemeanor.

Once you no longer need the record, please dispose of it in a secure manner. You also may return the record to DFPS at the mailing address below, indicating it is no longer needed and should be disposed.

If you have questions about who is entitled to view an unredacted DFPS case record or any other questions, please email **Records.Management@DFPS.STATE.TX.US** or call us 512-929-6764.

**Department of Family and Protective Services, Attn: RMG (Y-937)**
**P.O. Box 149030**
**Austin, Texas, 78714-9030**

1          THE STATE:  No.  He is a witness who we
2   plan to call.

3          I provided her a copy of the body cam
4   video, and I let her know that we did not planning
5   on introducing those because they were from a
6   different date.  But because they were a part of our
7   file, I gave her a copy also.

8          The only thing that I haven't given
9   her yet is a copy of the CPS records, and I didn't
10  know if the Court -- we don't plan to introduce any
11  of those.  But I don't know if you were going to
12  order that I provide those to her.

13          THE COURT:  Why?  I mean, what does that
14  have to do with this case?  Obviously, I don't know
15  anything about the facts of the case.

16          THE STATE:  So just a brief run-down.
17  The victim in the case is an officer, obviously, with
18  SAPD.  She ends up contacting CPS on the Defendant --

19          THE COURT:  Which -- Child Protective
20  Services?

21          THE STATE:  Yes, Judge.  And so the CPS
22  records deal with the child who was taken from
23  Ms. Guerrero's custody and, obviously, Ms. Guerrero.

24          THE COURT:  Okay.  Give her a copy of
25  those.  It doesn't sound like it's -- that it would ever

PERSON NAME: Gina Mendez
PERSON ID#: 35325624

PERSON DATA REPORT

**Gina Mendez**
AGE:
DOD:
REASON:
SEX:                     Female
LANGUAGE:                English
ETHNICITY:               Unable to Determine
MARITAL STATUS:          Unknown
LIVING ARRANGEMENT:
OCCUPATION:
RELIGION:

STATUS:          Merged              CATEGORY:        Case

HISTORY OF CHARACTERISTICS:


HISTORY OF PERSON MERGE/SPLIT:


HISTORY OF EMAILS:



HISTORY OF CASES:

| ID_CASE: | ID STAGE: | DATE STAGE CLOSED: | STAGE TYPE: | PROGRAM: |
|----------|-----------|--------------------|-------------|----------|
| 44893048 | 68876551  | 03/29/2019         | SUB         | CPS      |
| 44893048 | 72053757  | 04/10/2019         | ADO         | CPS      |
| 44187434 | 47459745  | 12/01/2009         | ADO         | CPS      |
| 25434016 | 30736626  | 04/20/2005         | INV         | CCL      |
| 44187434 | 33394269  | 06/07/2007         | INT         | CPS      |
| 44182860 | 47629725  | 10/09/2009         | INV         | CPS      |
| 37924700 | 55041978  | 09/15/2010         | INT         | CPS      |
| 37924700 | 55782766  | 10/10/2011         | FSU         | CPS      |
| 44365379 | 47723625  | 09/30/2011         | FPR         | CPS      |
| 25434016 | 30715740  | 03/07/2005         | INT         | CCL      |
| 44893048 | 68420075  | 05/31/2017         | FPR         | CPS      |
| 41252456 | 68238999  | 01/27/2017         | INV         | CPS      |
| 34316929 | 49272013  | 06/17/2016         | PAD         | CPS      |
| 35312769 | 62834960  | 09/20/2012         | INV         | CPS      |
| 35312769 | 62834952  | 11/21/2012         | INV         | CPS      |
| 38497618 | 59445144  | 12/02/2011         | INV         | CPS      |

PERSON NAME: Gina Mendez
PERSON ID#: 35325624

PERSON DATA REPORT

| | | | | |
|---|---|---|---|---|
| 44182860 | 48163134 | 04/30/2010 | FPR | CPS |
| 38497618 | 59444772 | 10/30/2011 | INT | CPS |
| 44182860 | 47616485 | 09/26/2009 | INV | CPS |
| 37924700 | 55782765 | 10/17/2012 | SUB | CPS |
| 26653004 | 31193870 | 07/31/2005 | INV | CPS |
| 46842607 | 65410608 | 10/28/2014 | INT | CPS |
| 45775234 | 68299173 | 12/16/2016 | INT | CPS |
| 44893048 | 68876562 | 03/29/2019 | SUB | CPS |
| 47709588 | 72155781 | | PAD | CPS |
| 47710992 | 72159429 | | PAD | CPS |
| 38497618 | 59476953 | 01/12/2012 | FSU | CPS |
| 44187434 | 33397192 | 07/30/2007 | INV | CPS |
| 41252456 | 68234129 | 11/14/2016 | INT | CPS |
| 26653004 | 31193895 | 11/02/2005 | INV | CPS |
| 44893048 | 72053748 | 04/11/2019 | ADO | CPS |
| 38497618 | 59446159 | 10/31/2011 | INT | CPS |
| 38497618 | 59457861 | 11/02/2011 | INV | CPS |
| 26653004 | 31573865 | 08/10/2006 | FPR | CPS |
| 44893048 | 68113305 | 01/04/2017 | INV | CPS |
| 44365379 | 43875303 | 05/19/2009 | INT | CPS |
| 42644956 | 63279028 | | PAD | CPS |
| 44893048 | 68876532 | 11/14/2018 | FSU | CPS |
| 38497618 | 59476952 | 01/12/2012 | SUB | CPS |
| 41252456 | 68517595 | 04/06/2018 | FPR | CPS |
| 38497618 | 59476962 | 01/12/2012 | SUB | CPS |
| 40246424 | 56043512 | 11/26/2010 | INT | CPS |
| 40246424 | 56049352 | 12/14/2010 | INV | CPS |
| 26653004 | 31190504 | 07/18/2005 | INT | CPS |
| 42741435 | 64455413 | 02/07/2014 | INT | CPS |
| 44893048 | 71661689 | 06/05/2019 | PAL | CPS |
| 47709583 | 72155773 | | PAD | CPS |
| 38497618 | 60248543 | 01/12/2012 | FRE | CPS |
| 38497618 | 59476961 | 01/12/2012 | SUB | CPS |
| 44187434 | 35987103 | 06/17/2010 | SUB | CPS |
| 44365379 | 43878483 | 09/25/2009 | INV | CPS |
| 44893048 | 68112739 | 10/15/2016 | INT | CPS |
| 37924700 | 55071056 | 12/17/2010 | INV | CPS |
| 37924700 | 60737119 | 02/05/2013 | ADO | CPS |
| 35312769 | 63050734 | 06/05/2013 | FPR | CPS |
| 45775234 | 68353443 | 07/28/2017 | INV | CPS |
| 42741435 | 64463600 | 03/28/2014 | INV | CPS |
| 44893048 | 68876531 | 03/29/2019 | SUB | CPS |
| 45775234 | 69193738 | 12/28/2017 | FPR | CPS |
| 44893048 | 72053740 | 04/10/2019 | ADO | CPS |
| 35312769 | 62831780 | 09/18/2012 | INT | CPS |
| 46842607 | 65411090 | 12/03/2014 | INV | CPS |

PERSON NAME: Gina Mendez
PERSON ID#: 35325624

PERSON DATA REPORT

| 44187434 | 33540615 | 09/11/2008 | FPR | CPS |
| 44182860 | 47615485 | 09/22/2009 | INT | CPS |
| 44187434 | 35987104 | 02/22/2010 | FSU | CPS |

ACTIVE MEDICAL CONSENTER STAGES:

ID CASE:    ID STAGE:    STAGE TYPE:

STAGES CHECKED OUT TO MPS:

ID CASE:    ID STAGE:    MPS CHECKOUT STATUS:

Exhibit 22

CAUSE NO: ___2a9cR 2C90_____

OFFENSE: __Retaliation_____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 144 DISTRICT COURT |
| | | |
| V. | § | COUNTY COURT NO. _____ |
| | | |
| Dawnette Guerrero | § | BEXAR COUNTY, TEXAS |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOE D. GONZALES, Criminal District Attorney of Bexar County, Texas by and through the undersigned Assistant Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

\_\_\_604 – The defendant was convicted or granted deferred adjudication in another case (TIC)
\_\_\_608 – Warrant Issued and Defendant never arrested
\_X\_611 – Insufficient Evidence/Motion to suppress granted
\_\_\_612 – Co-Def convicted and insufficient evidence as to this defendant
\_\_\_614 – Missing Witness
\_\_\_617 – Case re-indicted
\_\_\_629 – Complaining witness waived prosecution
\_\_\_639 – PTD (not a conditional dismissal)
\_\_\_675 – Filed as a misdemeanor
\_\_\_681 – Further investigation
\_\_\_682 – Restitution paid in full
\_\_\_698 – Filed as a felony
\_\_\_6  –
CANNOT PROVE BEYOND A REASONABLE DOUBT

**FILED**
_____ O'CLOCK _____ M

OCT 2 0 2021

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____
                                    DEPUTY

WHEREFORE, PREMISES CONSIDERED on this the \_\_20\_\_ day of \_October\_, 202\_1\_, it is requested that the above entitled cause be dismissed.

Respectfully submitted,

_____
Assistant Criminal District Attorney
Bexar County, Texas
State Bar Number \_24071477\_

## ORDER

The foregoing motion having been presented to me on this the \_20\_ day of \_Oct\_, 202\_1\_, and the same having been considered, it is ORDERED, ADJUDGED AND DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

_____
Presiding Judge, Bexar County, Texas