IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Dawnette Kathleen Guerrero
Plaintiff

v.

City of San Antonio, et al.
Defendant

Case No: 5:23cv00032

Jury Trial

Affidavit of Freda Grace Yokum
(2 pgs) In Support of Complaint Dkt-1-1

4/18/23   Dawnette K Guerrero
          Dawnette Kathleen Guerrero

# Affidavit of FREDA GRACE YOKUM

State of Texas

County of Bexar

FREDA GRACE YOKUM, being duly sworn deposes and states as follows under penalty of perjury:

1. My name is FREDA GRACE YOKUM, I am presently 62 years old, and my current address of residence is 307 Bright Chase, San Antonio, Texas 78253.

2. The purpose of this Affidavit is to corroborate statements and evidence in Case 5:23-CV-00032-OLG-RBF.

3. I was present on 6/10/19 in the 379th criminal court of Judge Ron Rangel, for a hearing on Ms. Guerrero's motion to withdraw her court appointed attorney, Mr. Saul R. Acevedo.

   This was in Case #575667on the alleged offense of "Terroristic Threats". Supporting witnesses present were John Foddrill and Rhett Smith. Mr. Acevedo was heard making false references as to the relationship between Ms. Guerrero and Mr. Foddrill. Mr. Foddrill stood, but did not speak and was threatened with removal from the court. This is relevant to show that the comment was not included in the hearing transcript. Mr. Foddrill was further verbally confronted and challenged by Mr. Acevedo inside the courtroom, and into the hallway. The motion to withdraw was granted..

4. On March 3, 2020 a jury trial had been set for Case # 2019-CR-2690, for which I was present. SAPD Officer Gina Mendez and an unknown person was also present.

   Judge Raymond Angelini presided over the alleged offense of "Retaliation". ADA Marcus Sanders and Mr. Jim Olsterdorf were both verbally reprimanded for violation of the Code of Criminal Procedure, as Ms. Guerrero was unnoticed for a hearing before Judge Ron Rangel.

   This is a fact to corroborate that Ms. Guerrero rights were violated. This is common and routine practice between judges and lawyers in Bexar County District Court.

   The hearing transcripts also corroborate this FACT, as found on page 12, lines 1-19 and acknowledged by ADA Sanders.

   Motions are routinely signed in the absence of litigants, more specific to lawyers who "judge shop" for favorable rulings in violation of civil and criminal procedures. I can personally attest to these facts by experience and documented proof.

   Ms. Guerrero further produced evidence that the indictment in her arrest was actually dated BEFORE the alleged offense even occurred..

5. Judge Angelini voiced his displeasure and questioned his concerns about others being expected to follow procedures that he (ADA Sanders) didn't follow.

   This fact is relevant because procedures are expected to be followed by "unschooled" pro se litigants, but not by those who are skilled in their profession, and brazenly violate their ethical duties. This is not my opinion, but rather established facts and experience involving public corruption, specific to complex R.I.C.O. laws..

6. Judge Angelini advised Ms. Guerrero that it would be in her best interest to have a "court-appointed" attorney, to which she agreed. The jurors were dismissed.

   Mr. Ernest Acevedo, III was contacted and arrived to meet Ms. Guerrero after court adjournment. Mr. Acevedo, III would meet with Ms. Guerrero after another incident involving ADA Sanders and/or the D.A.'s office occurred a few days later..

7. Ms. Guerrero contacted me several days later, after learning of yet another warrant for her arrest. I suggested she contact Mr. Acevedo, III about the matter.

   And, in-office appointment was arranged and I accompanied Ms. Guerrero to the initial formal meeting.

   Mr. Acevedo was waiting to appear before Judge Andrew Carruthers court and the arrival of ADA Marcus Sanders.

   I was present and heard the warrant being dismissed, and/or bond/bail to the effect of being reinstated. Ms. Guerrero was not arrested. The charges were eventually dismissed as reflected in the evidence and public record..

8. I can further attest to the emotional pain and suffering and trauma Ms. Guerrero has endured and continue to endure.

Ms. Guerrero has experienced significant financial losses that she still struggle to restore.

I have attended Commissioners Court meetings with her as she advocates for inmates, their safety and the conditions of confinement.

I have seen and heard her passionate plea for investigations at Bexar County Detention Center, based on her personal experiences..

9. I have seen video footage of Ms. Guerrero being taken from her home under extreme duress, while SAPD officers gave unauthorized access to her home, weapons, and finances.

I bailed her out of jail after encouraging her to prove her competency for her release and defense. I have accompanied Ms. Guerrero to SAPD to report her missing personal effects.

I have direct knowledge of the injustices she has suffered, as I have endured the same, other than incarceration. I am a now retired Registered Nurse as of January 2023.

I can testify, personally and professionally how mental health issues inflicted by public corruption has affected public safety and rights. I too, as Ms. Guerrero and many others are repeat victims of crime.

These are the facts, made in good-faith, transparency along with my personal, public and credible statements for which I continue stand by. .

I hereby swear or affirm that the information above is true accurate and complete to the best of my knowledge, and that no relevant information has been omitted.

Dated: 4-18-23

Signature of Individual: *Breda Grace Yokum*

Notary Public

Title And Rank: Notary Public

Date Of Commission Expiry: 1-27-2025

NARDIA M. DAVIS
Notary Public, State of Texas
Comm. Expires 01-27-2025
Notary ID 132892011