UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

August 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ps

DEPUTY

DAWNETTE KATHLEEN GUERRERO )
)
    Plaintiff )
)
v. ) CIVIL NO. SA-23-CV-32-OLG
)
CITY OF SAN ANTONIO, et. al. )
)
    Defendants )

# ORDER

On this date the Court considered the report and recommendation of United

States Magistrate Judge Richard B. Farrer, filed in this case on April 3, 2023.

Docket no. 8. Plaintiff has filed objections. Docket no. 10. The Court has conducted

an independent review of the record and has reviewed the applicable law. *See* 28

U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The Court finds that the Magistrate Judge's

recommendation should be accepted.

It is therefore ORDERED that the Magistrate Judge's recommendation

(docket no. 8) is ACCEPTED. All claims in Plaintiff's complaint (docket no. 12) are

DISMISSED as frivolous and for failure to state an actionable claim, pursuant to 28

U.S.C. § 1915(e). However, Plaintiff may file an amended complaint within 21 days

from the date below re-pleading her cause of action under 42 U.S.C.§ 1983 for

alleged malicious prosecution in violation of the Fourth Amendment, but only

against those involved in the alleged violation as discussed in the Magistrate

Judge's recommendation. If Plaintiff fails to file an amended complaint within 21

days in compliance with this order, all claims will remain DISMISSED.

It is so ORDERED this ___2___ day of August, 2023.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE