

# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Nov 20, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-50644

United States Court of Appeals
Fifth Circuit
**FILED**
November 20, 2023
Lyle W. Cayce
Clerk

DAWNETTE KATHLEEN GUERRERO,

*Plaintiff—Appellant,*

*versus*

CITY OF SAN ANTONIO; MAYOR RON NIRENBERG, *in both his professional/official and individual capacity*; SAN ANTONIO POLICE DEPARTMENT; CHIEF WILLIAM MCMANUS, *in both his professional/official and individual capacity*; DETECTIVE GINA MENDEZ, #2015, *in both her professional/official and individual capacity*; G. MORALES, #2132, *in both his professional/official and individual capacity*; DETECTIVE GEORGE SILVA, #2473, *in both his professional/official and individual capacity*; SERGEANT R. CARDENAS, #3306, *in both his professional/official and individual capacity*; FNU SERRANO, #1741, *in both his professional/official and individual capacity*; FNU SMARRO, #483, *in both his professional/official and individual capacity*; NUMEROUS OTHER SAN ANTONIO POLICE OFFICERS, *in both their professional/official and individual capacities*; BEXAR COUNTY, *Texas by and through its Agent the Bexar County District Attorney's Office Joe Gonzales, in his/their professional/official and individual capacities,*

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-32
_____

No. 23-50644

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 20, 2023, for want of prosecution. The appellant failed to timely file the brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**