# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
NOV 20 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

November 20, 2023

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

    No. 23-50644    Guerrero v. City of San Antonio
                        USDC No. 5:23-CV-32-OLG

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

cc w/encl:
    Ms. Dawnette Kathleen Guerrero